

# T. A. BLACKBURN LAW

TYRONE A. BLACKBURN
_____
MEMBER OF
NY & NJ BAR
_____
FEDERAL MEMBERSHIP
WDNY, NDNY, EDNY, SDNY, ILND &
DNJ
_____
1242 EAST 80TH STREET, 3RD FLOOR
BROOKLYN, NY 11236

January 5, 2026

<u>**Via ECF**</u>

The Honorable Steven L. Tiscione
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Francois et al. v. Bath & Body Works, LLC et al.*,
Case No. 2:25-cv-03725-GRB-ST

Dear Magistrate Judge Tiscione:

I write to sincerely apologize to the Court and to counsel for Defendants for my failure to appear at the Initial Conference scheduled for January 5, 2026, at 10:30 a.m. I fully recognize that the Court's time is valuable and that my absence caused inconvenience to the Court and to opposing counsel, for which I take full responsibility.

In the early morning hours of January 5, 2026, I experienced a sudden and devastating family tragedy. My baby cousin, whom I helped raise, attempted to take his own life in Florida by setting himself on fire. He was transported to the hospital and, tragically, passed away at approximately 12:30 p.m. that afternoon. The immediacy and severity of this emergency, coupled with urgent family obligations, rendered me unable to attend the scheduled conference or timely notify the Court.

I deeply regret the disruption caused by my failure to appear. I have reviewed the Court's Civil Minute Entry and acknowledge receipt of the discovery deadlines and scheduling directives set forth therein. I further acknowledge that an in-person settlement conference has been scheduled for March 13, 2026, at 11:00 a.m., in Courtroom 910 of the Central Islip Courthouse, and I will appear as directed.

**T. A. BLACKBURN LAW**

I remain fully committed to diligently prosecuting this action on behalf of my clients and to complying with all Court orders and deadlines going forward. I respectfully apologize again to the Court and to defense counsel for this unforeseen absence and appreciate the Court's consideration under these extraordinary circumstances.

Respectfully Submitted,

/s/*Tyrone A. Blackburn, Esq.*
Tyrone A. Blackburn, Esq.
Attorney for Plaintiff

 347-342-7432    ✉ tblackburn@tablackburnlaw.com    🌐 TABlackburnlaw.com