

David S. Osterman | Partner
DIRECT 609.986.1310 | dosterman@goldbergsegalla.com

February 27, 2026

Honorable Steven L. Tiscione, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza
East Brooklyn, NY 112201

   Re: **Francois v. BBW, et al**
      Civil Action No.: 2:25-cv-03725

Dear Judge Tiscione:

  I represent Defendant Bath & Body Works, LLC ("BBW") in this matter. An in-person settlement conference is scheduled before Your Honor on March 13, 2026. I write to request permission for my client (who lives and works in Florida) to attend the conference by phone.

  The Court's cooperation is greatly appreciated.

           Respectfully submitted,

           David S. Osterman

DSO:cao
cc: All Counsel of Record