## CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | March 13, 2026 |
| TIME: | 11:00 am |
| DOCKET NUMBER(S): | 25cv3725-GRB-ST |
| NAME OF CASE(S): | Francois et al v. Bath & Body Works, LLC et al |
| FOR PLAINTIFF(S): | Diggs, Blackburn |
| FOR DEFENDANT(S): | Osterman, Miller, Kamer |
| NEXT CONFERENCE(S): | |
| FTR/COURT REPORTER: | Not Recorded. |

RULINGS FROM  Settlement Conference          :

Settlement discussions were held but the parties were unable to reach a disposition at this time.  Parties will advise the Court when a further settlement conference would be productive.