# T. A. BLACKBURN LAW

TYRONE A. BLACKBURN
_____
MEMBER OF
NY & NJ BAR
_____
FEDERAL MEMBERSHIP
WDNY, NDNY, EDNY, SDNY, ILND &
DNJ
_____
1242 EAST 80TH STREET, 3RD FLOOR
BROOKLYN, NY 11236

April 12, 2026

**Via ECF**
The Honorable Steven L. Tiscione
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Francois et al. v. Bath & Body Works, LLC et al.*,
Case No. 2:25-cv-03725-GRB-ST

Dear Magistrate Judge Tiscione:

We represent Plaintiffs Renita Francois and McEvans Francois in the above-referenced action and write in opposition to Defendant Bath & Body Works, LLC's ("BBW") March 30, 2026, letter-motion to compel (ECF Doc. 29). For the reasons set forth below, BBW's motion is moot and should be denied.

<u>Plaintiffs Have Substantially Cured All Identified Deficiencies</u>

Within ten (10) days of BBW filing its motion, Plaintiffs served comprehensive Supplemental and Amended Responses to Defendant's First Set of Discovery on April 9, 2026. *See* Exhibit 1. Those responses addressed every deficiency identified in BBW's deficiency motion, including: (1) supplemental interrogatory responses to Interrogatory Nos. 11, 12, and 21; (2) amended responses to the identified Requests for Admission, including RFA Nos. 8–11, 27, 29, 31–34, 51, and the long-form admissions in RFA Nos. 2, 3, 5, 7, 12–15, 21–22, 24–25, 28, 40, and 50; and (3) supplemental Rule 26(a)(1) disclosures identifying additional responsive documents and providing a schedule for rolling production.

On April 10, 2026, Plaintiffs transmitted injury photographs in native format with embedded date/time metadata confirming the date and time each image was created. *See* Exhibit 1. Additional documents — including remaining medical records, billing records, and other items identified in Part III of Plaintiffs' supplemental responses — are being collected and will be produced on a rolling basis prior to the May 14, 2026, fact discovery deadline.

347-342-7432    tblackburn@tablackburnlaw.com    TABlackburnlaw.com



## T. A. BLACKBURN LAW

<u>BBW's Motion Is Moot</u>

BBW's motion was filed before Plaintiffs had an opportunity to respond to the March 20, 2026, deficiency letter, which was received by Plaintiffs' counsel only ten days before the motion was filed. Courts in this District routinely deny motions to compel as **moot** where the responding party has substantially cured the identified deficiencies prior to the Court's ruling. <u>Supplement Mfg. Partner v. Glob. Widget</u>, No. 24-cv-05596 (SJB) (JMW), 2025 LX 323112, at *8-9 (E.D.N.Y. July 30, 2025) (citing, <u>Jones v. Reinbolt</u>, No. 19-CV-6672CJS, 2022 U.S. Dist. LEXIS 133521, 2022 WL 2974035, at *1 (W.D.N.Y. July 27, 2022) ("Because the discovery sought to be compelled has been provided, the motion to compel is denied as [*9] moot.")). Given Plaintiffs' good-faith supplemental production, there is no longer a basis for a compel order.

Plaintiffs remain committed to completing document production in advance of the discovery deadline and are available for a telephonic conference at the Court's convenience should any issues remain in dispute.

Respectfully Submitted,

/s/<u>*Tyrone A. Blackburn, Esq.*</u>
Tyrone A. Blackburn, Esq.
Attorney for Plaintiff

