# CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | April 17, 2026 |
| TIME: | 10:15 a.m. |
| DOCKET NUMBER(S): | 25cv3725-GRB-ST |
| NAME OF CASE(S): | Francois et al v. Bath & Body Works, LLC et al |
| FOR PLAINTIFF(S): | Diggs, Blackburn |
| FOR DEFENDANT(S): | Osterman, Kamer |
| NEXT CONFERENCE(S): | |
| FTR/COURT REPORTER: | Cisco (10:15 - 10:50) |

RULINGS FROM   Motion Hearing                          :

Defendant shall file a reply in support of Defendant's Letter MOTION to Amend/Correct/Supplement Answer [22] by May 8, 2026.  The Letter MOTION for Discovery by Bath & Body Works [29] is granted in part and denied in part.  Plaintiffs shall provide supplemental responses as discussed by May 1, 2026.  Parties will meet and confer regarding the requests for admissions and advise the Court if there are specific issues that the parties cannot resolve.  First MOTION for Discovery Responses and Protective Order by The Premier Candle Corporation [30] is granted in part and denied in part.  Plaintiffs shall provide supplemental responses as discussed by May 1, 2026.  Defendant's Letter Motion to Compel Authorizations [31] is denied as moot.

Discovery deadlines are extended as follows: All fact discovery to be completed by 7/14/26; Exchange of affirmative expert reports - 7/29/26; Exchange of rebuttal expert reports - 8/15/26; Expert depositions completed by - 9/24/26; All discovery completed by - 9/24/26; Final date to take first step in dispositive motion practice - 10/5/26.