

# T. A. BLACKBURN LAW

TYRONE A. BLACKBURN
_____

MEMBER OF
NY & NJ BAR
_____

FEDERAL MEMBERSHIP
WDNY, NDNY, EDNY, SDNY, ILND &
DNJ
_____

1242 EAST 80TH STREET, 3RD FLOOR
BROOKLYN, NY 11236

May 18, 2026

**<u>Via ECF</u>**

The Honorable Steven L. Tiscione
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Francois et al. v. Bath & Body Works, LLC et al.*,
Case No. 2:25-cv-03725-GRB-ST

Dear Magistrate Judge Tiscione:

This office represents Plaintiffs Renita Francois and McEvans Francois in the above-referenced matter. Plaintiffs respectfully request a brief adjournment of the status conference currently scheduled for May 19, 2026.

The reason for this request is that undersigned counsel has a pre-scheduled court appearance in New Jersey State Court on May 19, 2026, that cannot be moved. In addition, counsel has pre-scheduled court appearances in New York Supreme Court and in the United States District Court for the District of New Jersey during the weeks immediately following, which further limit counsel's availability in the near term.

This is Plaintiffs' first request for an adjournment of this conference. The request is not made for the purpose of delay and will not prejudice any party. Plaintiffs' counsel is available on the following dates for the rescheduled status conference, at the Court's convenience:

- Tuesday, June 2, 2026
- Wednesday, June 3, 2026
- Friday, June 5, 2026

Counsel for all parties have been copied on this letter. Plaintiffs' counsel has not yet had the opportunity to confirm the availability of defense counsel for the proposed dates but will do so promptly upon the Court's guidance and will advise the Court accordingly. Plaintiffs thank the Court for its consideration of this request.

Respectfully Submitted,

/s/*Tyrone A. Blackburn, Esq.*
Tyrone A. Blackburn, Esq.

Rodney S. Diggs, Esq.
Ivie McNeill Wyatt Purcell & Diggs
444 South Flower Street

347-342-7432     tblackburn@tablackburnlaw.com     TABlackburnlaw.com



Los Angeles, California 90071
rdiggs@imwlaw.com
Attorneys for Plaintiffs Renita Francois and McEvans Francois

cc: David S. Osterman, Esq., Goldberg Segalla LLP (Counsel for Defendant Bath & Body Works, LLC) *(via ECF)*
Cameron F. Kamer, Esq., Wilson Elser Moskowitz Edelman & Dicker LLP (Counsel for Defendant the Premier Candle Corporation) *(via ECF)*.

