

David S. Osterman | Partner
Direct 609.986.1310 | dosterman@goldbergsegalla.com

May 19, 2026

Honorable Steven L. Tiscione, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

> **Re:** ***Francois, Renita v. Bath & Body Works, LLC et al.***
> **Case No. 2:25-cv-03725**

Dear Judge Tiscione:

We represent Defendant Bath & Body Works ("BBW") in this action. Pursuant to Fed. R. Civ. P. 37(a)(1), BBW respectfully submits this letter motion seeking an Order compelling the Plaintiffs to provide authorization to obtain medical records at issue in this action. Despite prior agreement between BBW and Plaintiffs' counsel, Plaintiff has failed to provide the agreed upon authorizations or complete medical records or respond to BBW's subsequent attempts to obtain them. Therefore, BBW respectfully requests intervention of the Court in order to complete discovery by the close of fact discovery on July 14, 2026.

On Monday April 13, 2026, I conferred with Plaintiffs' counsel, Tyrone Blackburn, concerning several outstanding discovery issues. The call was productive and, I believed, the parties had reached agreement to resolve many outstanding issues. With respect to our request to have Plaintiff execute appropriate authorizations, Plaintiff proposed (and Defendant agreed) that Mr. Blackburn would provide authorizations directly to the following medical providers, with an instruction that they should provide records simultaneously to all counsel:

(1) Nassau University Medical Center, limited to records relating to the incident at issue;
(2) Northwell Health/Long Island Jewish Valley Stream Medical Center, limited to records relating to the incident at issue;
(3) Dr. Osi-Tutu Dermatology, for treatment records from 2019 to the present;
(4) Dr. Jennifer Balfour Primary Care, for treatment records from 2019 to the present; and
(5) Dr. Bijan Setareh Shenas, Dermatology Consultant, for treatment records from 2019 to the present.

Our agreement was memorialized in an email I sent on April 16, 2026, a true and correct copy of the email thread reflecting the parties' agreement is attached hereto as **Exhibit A**. The following day the parties appeared before Your Honor for a discovery conference at which time the details of our agreement was explained to the Court. Your Honor issued an Order denying

**OFFICE LOCATION** 301 Carnegie Center, Suite 200, Princeton, NJ 08540-6587 | **PHONE** 609-986-1300 | **FAX** 609-986-1301 | **www.goldbergsegalla.com**
CALIFORNIA | CONNECTICUT | DELAWARE | FLORIDA | ILLINOIS | NEW JERSEY | NEW YORK | NORTH CAROLINA | MARYLAND | MISSOURI | PENNSYLVANIA

May 19, 2026
Page 2

BBW's previous Motion to Compel Authorizations (Docket No. 31) as moot based on the agreement of the parties. *See* Docket No. 34.

Unfortunately, Plaintiff has failed to abide by the agreement that resolved the dispute. On May 8, 2026, I sent an email to Plaintiff's counsel demanding compliance with the parties' prior agreement. *See*, **Exhibit A**. To date, Plaintiff has ignored all of BBW's requests to provide the authorizations. No authorizations have been provided, and the outstanding records have not been produced.

Accordingly, BBW respectfully requests that the Court issue an Order compelling Plaintiff, within 5 days or other such time as the court deems just, to execute and deliver authorizations for the medical providers listed herein, and granting such other relief as the Court deems just and proper.

Respectfully submitted,

David S. Osterman

DSO:nlh