

David S. Osterman | Partner
Direct 609.986.1310 | dosterman@goldbergsegalla.com

May 29, 2026

**Via ECF**

Honorable Steven L. Tiscione, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

> **Re:**    ***Francois, Renita v. Bath & Body Works, LLC et al.***
> **Case No. 2:25-cv-03725**

Dear Judge Tiscione:

Defendant Bath & Body Works, LLC ("BBW") respectfully submits this letter in advance of the hearing scheduled for June 2, 2026, at which the Court is scheduled to hear BBW's Motions for a Protective Order and to Compel authorizations for Plaintiff's medical records. We write to apprise the Court of several outstanding issues in the hope that we can address these issues also during the upcoming hearing.

### 1.  Plaintiff's Psychiatric Treatment Records and Testimony of Ms. Jessica Mofield

Plaintiff asserts a significant claim for emotional distress but has thus far refused to provide us with authorizations to obtain her psychiatric treatment records. On April 14, 2026, I met and conferred with Plaintiff's counsel regarding a number of outstanding discovery issues, including the issue of authorizations for the records of Plaintiff's medical providers. During that conversation, Plaintiff agreed to provide authorizations for medical records with the exception of Renita Francois's psychiatric treatment records. To those records specifically, Plaintiff agreed to obtain treatment records directly from provider Ms. Jessica Mofield and provide redacted copies to BBW. In reliance on that agreement, BBW did not include Ms. Mofield's treatment records in its Motion to Compel Authorizations.

However, despite multiple attempts to meet and confer regarding this deficiency, Plaintiff has failed to provide the agreed-upon psychiatric treatment records. Additionally, BBW has been trying but so far has been unable to serve a subpoena on Ms. Mofield at the address provided by Plaintiff. It appears the office address provided for Ms. Mofield is incorrect. Plaintiff's counsel has failed to respond to multiple requests for an update on the status or the record production or even for dates to depose Ms. Mofield. We are aware that Ms. Mofield works with Plaintiff in the Mayor's Office in New York and it appears her counseling practice appears to be something she does on the side. BBW respectfully requests that the Court additionally compel Plaintiff to execute an authorization to permit BBW to obtain Ms. Francois' complete treatment records directly from the provider. If Plaintiff continues to withhold any records of psychiatric treatment and BBW

**OFFICE LOCATION** 301 Carnegie Center, Suite 200, Princeton, NJ 08540-6587  |  **PHONE** 609-986-1300  |  **FAX** 609-986-1301  |  **www.goldbergsegalla.com**
CALIFORNIA | CONNECTICUT | DELAWARE | FLORIDA | ILLINOIS | NEW JERSEY | NEW YORK | NORTH CAROLINA | MARYLAND | MISSOURI | PENNSYLVANIA
IMANAGE\9770\0883\57224565.v1-5/29/26

May 29, 2026
Page 2

remains unable to depose Ms. Mofield, BBW intends to move to preclude evidence concerning Ms. Mofield's treatment of Plaintiff and to bar any claim of ongoing emotional and/or psychological injury.

### 2. BBW's Motion to Amend its Answer

BBW also respectfully requests a status update on BBW's Motion to Amend its Answer to include an arbitration defense, ECF No. 22, filed on February 19, 2026. Although Plaintiff did not oppose that motion within the time permitted by the Court's standing orders for responses to non-dispositive letter motions to be filed within five business days of receipt, on March 31, 2026 the Court ordered Plaintiffs to respond by April 7, 2026. Plaintiffs then filed a 25-page opposition on April 12, 2026. At the April 17, 2026, hearing, this Court directed BBW to file a reply by May 8, 2026, which BBW timely did. BBW appreciates the Court's attention to this matter and submits this request to determine whether the Court requires any additional information or anticipates addressing this Motion in due course.

### 3. Outstanding Discovery Deficiencies

Finally, BBW would like to bring to the Court's attention several remaining discovery deficiencies. These deficiencies were first raised in BBW's March 30, 2026 Motion for Discovery. This Motion was the subject of the Parties' meet and confer on April 14, 2026, and was heard on April 17, 2026. At that time, Plaintiffs agreed to produce, among other things, photographs of Plaintiffs taken at the post-incident birthday party and Plaintiffs' counsel's communications with the media referenced during Plaintiff Renita Francois's deposition. The Court's April 17, 2026, Order directed that "Plaintiffs shall provide supplemental responses as discussed by May 1, 2026." ECF No. 34. To date, Plaintiff has not produced this agreed-upon discovery despite multiple follow-up requests.

BBW respectfully submits these updates so that the Court may be fully apprised of these outstanding issues in advance of the June 2, 2026, hearing. Thank you for the Court's consideration.

Respectfully submitted,

David S. Osterman

DSO:nhl
cc:     All Counsel of Record (*via ECF)*