

May 29, 2026

Cameron Kamer
(914) 872-7278 (direct)
Cameron.Kamer@wilsonelser.com

**VIA PACER**

The Honorable Steven L. Tiscione
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> **Re:**   **Francois, Renita et al. v. Bath and Body Works, LLC et al.**
> **Case No.: 2:25-cv-03725**

Dear Judge Tiscione,

We write on behalf of Defendant The Premier Candle Corporation ("Premier") respectfully in advance of the hearing scheduled for June 2, 2026. Premier writes to express its agreement with the issues raised in co-Defendant Bath & Body Works, LLC's ("BBW") letter regarding Plaintiffs' ongoing discovery deficiencies and their continued failure to produce discovery despite this Court's Orders. [Dkt. 39]. Premier further writes to apprise the Court of several additional outstanding issues specific to Premier's discovery efforts, in the hope that the Court may address these matters during the upcoming hearing.

**Outstanding Authorizations in Violation of Court Order**

On April 17, 2026, this Court held a motion hearing at which Premier's First Motion for Discovery Responses and Protective Order [Dkt. 30] was granted in part and denied in part, and BBW's Letter Motion to Compel Authorizations [Dkt. 31] was denied as moot. Per the Court's Minute Order [Dkt. 34], Plaintiffs were directed to provide supplemental responses, including the processing and transmission of duly executed authorizations, by May 1, 2026. To date, nearly one month past the Court-ordered deadline, Premier has not received any executed authorizations, neither directly from Plaintiffs' counsel nor from any third-party provider.

On May 13, 2026, Premier's counsel wrote to Plaintiffs' counsel requesting confirmation of (1) the date on which the executed authorizations were sent, and (2) the manner in which they were transmitted, in accordance with the Court's Order. Plaintiffs' counsel has not responded to this

1133 Westchester Avenue • White Plains, NY 10604 • p 914.323.7000 • f 914.323.7001

Albany • Atlanta • Austin • Baltimore • Beaumont • Boston • Chicago • Dallas • Denver • Edwardsville • Garden City • Hartford • Houston • Indiana • Kentucky
Las Vegas • London • Los Angeles • Miami • Michigan • Milwaukee • New Jersey • New Orleans • New York • Orlando • Philadelphia • San Diego • San Francisco
Stamford • Virginia • Washington, DC • West Palm Beach • White Plains

wilsonelser.com

- 2 -

correspondence. Premier respectfully submits that Plaintiffs' failure to comply with the Court's April 17, 2026, Order warrants the Court's intervention.[1]

**Failure to Respond to Premier's Second Notice to Produce**

On March 17, 2026, Premier served its Second Request for Production of Documents on Plaintiffs. Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiffs' responses were due within thirty days of service—that is, no later than April 16, 2026.  To date, Premier has received no responses, objections, or other correspondence from Plaintiffs regarding this discovery request. Under FRCP Rule 34, any objections not timely asserted within the thirty-day response period are waived, and accordingly all objections to Premier's Second Notice to Produce are now deemed waived.[2]

**Ongoing Pattern of Discovery Noncompliance**

As Premier detailed in its April 1, 2026, letter motion [Dkt. 30], Plaintiffs have engaged in a persistent pattern of discovery noncompliance. Plaintiffs failed to serve any discovery demands on Premier within the time prescribed by the Court's January 5, 2026, Scheduling Order. Premier's own discovery demands, including its First Notice to Produce, First Set of Interrogatories, and First Request for Production, all dated February 18, 2026, remained unanswered for weeks despite Plaintiffs' counsel's repeated representations that responses were forthcoming. This pattern of making promises and failing to follow through has continued unabated despite the Court's April 17, 2026, Order extending discovery deadlines and directing Plaintiffs to provide supplemental responses.

**BBW's Motion to Amend Answer to Include Arbitration Defense**

Premier also notes that BBW's Motion to Amend its Answer to include an arbitration defense [Dkt. 22] remains pending before the Court. Respectfully, Premier takes no position on that motion.

**Conclusion**

Premier respectfully submits this letter so that the Court may be fully apprised of these outstanding issues in advance of the June 2, 2026, conference. The fact discovery deadline is July 14, 2026, and Plaintiffs' continued noncompliance with their discovery obligations and with this Court's Orders is causing significant prejudice to Premier's ability to prepare its defense within the time permitted by the scheduling order. Premier respectfully requests the Court's assistance in compelling Plaintiffs' compliance.

[1] Counsel for all parties have exchanged additional emails and correspondence in a good-faith effort to secure Plaintiffs' compliance with the Court's Orders, but those efforts were unsuccessful.

[2] This is in addition to the deficiencies discussed in Premier's April 7, 2026, deficiency letter to Plaintiffs' counsel, which remain uncured.

**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

- 3 -

We thank the Court for its time and attention to this matter.

Respectfully submitted,

By: _____
Cameron F. Kamer, Esq.
WILSON ELSER MOSKOWITZ EDELMAN
& DICKER, LLP
*Attorneys for Defendants*
**THE           PREMIER           CANDLE
CORPORATION**
1133 Westchester Ave
White Plains, New York 10604
(914) 323-7000