# CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | June 2, 2026 |
| TIME: | 12:00 p.m. |
| DOCKET NUMBER(S): | 25cv3725-GRB-ST |
| NAME OF CASE(S): | Francois et al v. Bath & Body Works, LLC et al. |
| FOR PLAINTIFF(S): | Blackburn |
| FOR DEFENDANT(S): | Osterman, Kamer |
| NEXT CONFERENCE(S): | |
| FTR/COURT REPORTER: | (12:00 - 12:45 via Cisco) |

RULINGS FROM  Motion Hearing                     :

Defendant Bath & Body Works' Letter MOTION to Amend/Correct/Supplement Answer [22] is granted.  Defendant shall file the Amended Answer by 6/9/26.  Defendant's Letter MOTION for Protective Order Limiting Scope of Discovery [35] is granted.  The discovery requests by Plaintiff McEvans Francois are beyond the scope of the claims currently pled and therefore irrelevant.  Defendants' Letter MOTIONs to Compel Authorizations [38][40] are granted.  Plaintiffs shall provide Defendants with copies of all medical authorizations Plaintiff sent to providers along with communications to/from the providers regarding the production of these records by June 9, 2026.  Plaintiffs shall provide the supplemental responses discussed at the April 17, 2026 conference and described in docket entry 39 on page 2 by June 12, 2026.  Plaintiffs shall also respond to Defendant Premier's Second Request for Production of Documents by June 12, 2026.