# EXHIBIT A

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

-------------------------------- X
RENITA FRANCOIS and
McEVANS FRANCOIS,

                    Plaintiffs,

                                        25-3725

BATH & BODY WORKS, INC.,
THE PREMIER CANDLE CORPORATION,
ABC CORPORATION 1-10, and JOHN
and JANE DOES 1-10,

                    Defendants.
-------------------------------- X

                              February 27, 2026
                              10:31 a.m.

             Deposition of RENITA FRANCOIS,

held at the offices of Goldberg Segalla,

711 Third Avenue, New York, New York,

pursuant to Notice, before Theresa

Tramondo, AOS, CLR, a Notary Public of the

State of New York.

                Magna Legal Services

                   866-624-6221

                  www.MagnaLS.com

Reported by:

THERESA TRAMONDO, AOS, CLR

JOB NO. 1490466A

Several.

MR. BLACKBURN:  I'm stepping out.  Okay, Rodney.

MR. DIGGS:  Say it one more time, Tyron.

MR. OSTERMAN:  He had to step out.

MR. KAMER:  Nature call.

MR. DIGGS:  Okay.

Q.    And had you -- what was the -- so I guess you were treated by Jessica Mofield after the accident, and was it in relation to emotional distress or anxiety issues --

A.    Yes.

Q.    -- from the accident?  Okay.
And you said you've been to see her several times?

A.    Yes.

Q.    And had you ever seen her or been treated by her before?

A.    I had not been treated by her before this, no.

Q.    And how was it you came -- how

did you find Ms. Mofield?

A.    We worked -- we used to work together, and I know that she had a practice.  Because of the nature of this topic, I wanted to talk to somebody that I know I could trust and be open about it.

Q.    And where did you use to work together with Ms. Mofield?

A.    We used to work together at the Mayor's Office.

Q.    When was the last time the two of you worked together?

A.    You said when was the last time we?

Q.    The two of you worked together.

A.    Last year.  Last year.

Q.    So was she --

A.    Sorry.  She worked at Tides Advocacy.  I'm sorry.

Q.    What was her role at Tides?

A.    She was advancement officer.

Q.    And where would your sessions with her be?

A.    Sometimes virtual, sometimes in

person, sometimes over the phone.

Q.   On the times when they were in person, where would those meetings take place?

A.   She has come to my home, we've met out before in public places, like restaurants, coffee shop, things like that.

Q.   Would you be able to give me an estimate of the number of sessions you've had with her?

A.   No, I can -- I mean, I would have to go and look and count it up.  Like the documentation, I may have to ask her.  I don't know.  No several, but many.

Q.   What documentation would you have access to?

A.   My calendar.

Q.   No, that's fine.

THE REPORTER:  I want to confirm something you said, "Several, many"?

THE WITNESS:  (Nodding.)

Q.   She's a colleague that you've worked together with for going back how many years?

A.    A while.  Maybe at that point since 20- -- we worked at the same place before, not as familiar with each other.  I would say when we started working closely together, probably '20 -- after COVID. Maybe '20, '21, something like that.

Q.    When did you start working in the same environment with her, was that at the Mayor's Office?

A.    In 2015.  Uh-hum.

Q.    So you've known her since 2015 and you worked more closely with her post-COVID?

A.    Yeah.

Q.    And she worked with you both at the Mayor's Office and at Tides?

A.    That's true.

Q.    Are you friends with her?

A.    I would say now that we have developed a good relationship, a solid relationship, I'm basically spilling all my personal thoughts to her.  So we definitely have a relationship, sure.

Q.    Have you socialized with her