# EXHIBIT B

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

**Plaintiff(s):**
RENITA FRANCOIS, ET. AL.

**Defendant(s):**
BATH & BODY WORKS, LLC, ET. AL.

**AFFIRMATION OF NON-SERVICE**

**Index No:**
**2:25-CV-03725**

The undersigned hereby affirms: I am not a party herein, I am over 18 years of age , I reside in the State of New York. That on 06/05/2026 at 6:11 AM I discontinued attempting service of the within COVER LETTER, SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION ADDENDUM on JESSICA MOFIELD, MA, LMHC, NCC MORE HEALING AND WELLNESS for the reason(s) indicated below:

| Date | Address | Attempt |
|---|---|---|
| 06/03/2026 at 2:53 PM | 1093 Herkimer St APT. B Brooklyn, NY 11233 | AS PER THE FIRST-FLOOR TENANT, THE SUBJECT RESIDES UPSTAIRS IN APARTMENT B. UPON PROCEEDING TO APARTMENT B AND ATTEMPTING SERVICE, THERE WAS NO RESPONSE AT THE DOOR. |
| 06/03/2026 at 7:03 PM | 1093 Herkimer St APT. B Brooklyn, NY 11233 | WAITED AT THE PREMISES (APT B) FOR ABOUT AN HOUR AND RECEIVED NO RESPONSE |
| 06/04/2026 at 11:47 AM | 1093 Herkimer St APT. B Brooklyn, NY 11233 | NO ANSWER AT THE DOOR |
| 06/05/2026 at 6:11 AM | 1093 Herkimer St APT. B Brooklyn, NY 11233 | THE APARTMENT WAS VISITED, BUT NO ONE ANSWERED THE DOOR. |



Elijah White 2133696-DCWP

Standard Legal Support, LLC
247 Prospect Ave
Brooklyn NY 11215-8403
2128989-DCWP
Job #: 11709461 - Ref: 845685

I affirm this 5th day of June, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.



| | |
|---|---|
| **From:** | Ashley, Anna |
| **Sent:** | Monday, June 15, 2026 12:25 PM |
| **To:** | Osterman, David S.; Hansen, Nicholas L. |
| **Cc:** | O'Grady, Carly A. |
| **Subject:** | FW: DGR 849687 Legal Status Update for: 9770.0883 JESSICA MOFIELD, MA. LMHC, NCC |

Please see the email from DGR regarding their attempt to serve Mofield at an alternative (her supposed office) address. I have followed up with DGR re: getting us an affidavit asap.


Anna
Ashley
Paralegal
DIRECT 609.986.1356
EMAIL aashley@goldbergsegalla.com | goldbergsegalla.com
301 Carnegie Center Drive, Suite 200, Princeton,  NJ 08540-6587 FAX 609.986.1301 Privileged attorney-client communication / attorney's work product. This email message and any attachments are confidential. If you are not the intended recipient, please immediately reply to the sender and delete the message from your email system.

-----Original Message-----
From: DGR Notification <donotreply@dgrlegal.com>
Sent: Friday, June 12, 2026 5:05 PM
To: Ashley, Anna <aashley@goldbergsegalla.com>
Cc: litigation@dgrlegal.com
Subject: DGR 849687 Legal Status Update for: 9770.0883 JESSICA MOFIELD, MA. LMHC, NCC


Thank you for choosing DGR - The Legal Support Solution!


Your assignment has been updated.

** THIS IS AN AUTOMATED NOTIFICATION; DO NOT REPLY TO THIS EMAIL. ** Please forward or send any requests or changes to Service@dgrlegal.com

Client: GOLDBERG SEGALLA, LLP
Contact: ANNA ASHLEY
Invoice #: 849687
File No: 9770.0883
Case No: 2:25-CV-03725
Case Name: FRANCOIS VS. BATH & BODY WORKS

1

Documents:
COVER LETTER
SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION RENITA FRANCOIS, ET AL BATH & BODY WORKS, LLC, ET AL ADDENDUM

Subject: JESSICA MOFIELD, MA. LMHC, NCC

Service address(es):
MORE HEALING AND WELLNESS
109 SOUTH 5TH STREET

BROOKLYN      NY 11249

Status:
06/12/26 04:04PM  SERVER ATTEMPTED AT THE GIVEN ADDRESS.
        THE GIVEN ADDRESS IS A SELF STORAGE
        WAREHOUSE KNOWN AS "STORAGE POST"
        THE SERVER SPOKE TO THE MANAGER, ORVIN "DOE"
        (LAST NAME REFUSED) WHO STATED THAT THE
        SUBJECT HAD AN OFFICE AT THIS LOCATION BUT
        MOVED OUT MORE THAN FIVE YEARS AGO.
        NO FURTHER INFORMATION GIVEN.
        SERVER RETURNING THIS REQ. FOR FURTHER REVIEW

This is an automated notification; do not reply to this email.
Notifications are only generated weekdays between the hours of
8 am and 6 pm.

If you have any questions or comments, call (973) 403-1700 for a live customer service representative.

2