

June 26, 2026

Cameron Kamer
(914) 872-7278 (direct)
Cameron.Kamer@wilsonelser.com

**VIA PACER**

The Honorable Steven L. Tiscione
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: Francois, Renita et al. v. Bath and Body Works, LLC et al.**
**Case No.: 2:25-cv-03725**

Dear Judge Tiscione,

Defendant The Premier Candle Corporation ("Premier") respectfully submits this supplemental letter in further support of its pending motion to preclude [Dkt. 43], filed June 15, 2026, which remains pending before the Court and to which Plaintiff has not filed any opposition.

In an effort to avoid burdening the Court with multiple motions seeking substantially the same or similar relief, Premier submits this letter to advise the Court of an additional instance of Plaintiff's discovery noncompliance that has arisen since the filing of the pending motion and respectfully requests that the Court consider this conduct in connection therewith and grant preclusion or such other relief or remedy as the Court deems just and proper.

**I. Plaintiff's Failure to Appear for Her Duly Noticed IME**

On May 13, 2026, Defendants served Plaintiff with notice of an independent medical examination ("IME") with Dr. Steven A. Fayer (Psychiatry), scheduled for June 23, 2026 at 1:00 PM at 169 East 74th Street, New York, New York 10021. (*See* Exhibit "A" for a copy of the IME Notice). The IME designation expressly stated: "Please be advised, cancellations or a failure to

1133 Westchester Avenue • White Plains, NY 10604 • p 914.323.7000 • f 914.323.7001

Albany • Atlanta • Austin • Baltimore • Beaumont • Boston • Chicago • Dallas • Denver • Edwardsville • Garden City • Hartford • Houston • Indiana • Kentucky
Las Vegas • London • Los Angeles • Miami • Michigan • Milwaukee • New Jersey • New Orleans • New York • Orlando • Philadelphia • San Diego • San Francisco
Stamford • Virginia • Washington, DC • West Palm Beach • White Plains

wilsonelser.com

appear may result in fees, the payment of which will be the responsibility of your office."[1] *Id*. Plaintiff's IME was further discussed during the Court's conference on June 2, 2026.

On June 8, 2026, Defendants' counsel sent a good-faith reminder email to all parties, reattaching the IME designation and confirming the date, time, and location of the examination. (Annexed hereto as Exhibit "B" is a copy of the aforementioned correspondence). The reminder stated that "any fees or expenses incurred as a result of a late cancellation, non-appearance, or requested adjournment shall be the sole responsibility of Plaintiffs." *Id*.

Despite receiving more than one month of advance notice and multiple reminders, Plaintiff failed to appear for her duly noticed IME on June 23, 2026. Neither Defendants' counsel nor Dr. Fayer received any communication from Plaintiff or Plaintiff's counsel regarding the non-appearance, nor any advance notice that she would not be attending.

On June 23, 2026, Defendants' counsel emailed Plaintiffs' counsel advising of the non-appearance and the resulting fees and expenses. (Annexed hereto as Exhibit "D" is a copy of the aforementioned correspondence) (*see* pg. 5). On June 24, 2026, Plaintiffs' counsel responded by asking: "When and where did you provide the IME notice?"—demonstrating either willful disregard of prior communications or a complete failure to maintain awareness of Plaintiff's discovery obligations. *Id*. at 3.

On June 24, 2026, Defendants' counsel responded in detail, citing the three separate instances of notice provided—(1) the May 13, 2026 email transmitting the IME designation, (2) the June 2, 2026 Court conference at which the IME was discussed, and (3) the June 8, 2026 good-faith reminder email—and requested confirmation that Plaintiff would reimburse Defendants for the no-show fee incurred. *Id*. at 2.

## II. Plaintiff's Ime Non-Appearance Constitutes Further Evidence of A Pattern of Deliberate Noncompliance

Defendants respectfully incorporate by reference the discovery deficiencies identified in their pending motion to preclude [Dkt. 43]. As set forth therein, Plaintiff has engaged in a persistent and deliberate pattern of discovery noncompliance, including: (i) failure to comply with the Court's June 2, 2026 Minute Order [Dkt. 41]; (ii) failure to produce medical authorizations and records; (iii) failure to respond to Premier's Second Request for Production; and (iv) failure to appear for depositions that Plaintiffs themselves noticed.

Plaintiff's failure to appear for her duly noticed IME on June 23, 2026, constitutes yet another instance of Plaintiff's continued refusal to participate meaningfully in discovery. Combined with the discovery failures outlined in the pending motion, the IME non-appearance demonstrates a persistent and deliberate pattern of noncompliance that warrants preclusion. Notably, the fact discovery deadline in this matter is July 14, 2026, leaving virtually no time for Defendants to obtain the examination to which they are entitled under the Federal Rules.

[1] Annexed hereto as Exhibit "C" is a copy of the May 3, 2026, email correspondence, including the IME notice and related correspondence concerning Defendants' efforts to secure Plaintiff's attendance at the examination.



**III. Legal Standard**

Rule 35(a) of the Federal Rules of Civil Procedure permits a court to order a party whose physical condition is in controversy to submit to an examination by a suitably licensed examiner. Fed. R. Civ. P. 35(a). Plaintiff's failure to appear for the scheduled IME should be considered as part of Plaintiff's broader pattern of discovery noncompliance presently before the Court.

In determining whether preclusion or other relief is appropriate under Rule 37, courts within the Second Circuit consider: "(1) the willfulness of the non-compliant party or the reason for noncompliance; (2) the efficacy of lesser measures; (3) the duration of the period of noncompliance; and (4) whether the non-compliant party had been warned of the consequences of noncompliance." *Agiwal v. Mid Island Mortg. Corp.*, 555 F.3d 298, 302 (2d Cir. 2009). Here, those factors weigh in Defendants' favor, as Plaintiff failed to appear despite repeated reminders and good-faith efforts by Defendants to secure compliance, the conduct is consistent with the pattern of discovery deficiencies identified in Defendants' pending motion, the noncompliance has persisted for several months, and Plaintiff was expressly advised that failure to attend the IME could result in fees and other consequences. Courts in this District have recognized that preclusion, though strong medicine, may be warranted where a party demonstrates a persistent disregard for discovery obligations. *Valentine v. Museum of Modern Art*, 29 F.3d 47, 49–50 (2d Cir. 1994).[2]

Accordingly, Plaintiff's failure to attend the IME further supports Defendants' pending request for preclusion, or such other relief or remedy as the Court deems just and proper.

**IV. Relief Requested**

For the foregoing reasons, and in addition to the relief sought in Defendants' pending motion to preclude [Dkt. 43], Defendants respectfully request that the Court preclude Plaintiff from introducing any evidence, testimony, or claims relating to her alleged psychiatric injuries to the extent such claims were the subject of the noticed IME with Dr. Fayer, and/or grant such other relief as the Court deems just and proper.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

[2] Defendants respectfully incorporate by reference the discovery deficiencies identified in their pending motion to preclude [Dkt. 43].

By: ______________________
Cameron F. Kamer, Esq.
WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
*Attorneys for Defendants*
**THE PREMIER CANDLE CORPORATION**
1133 Westchester Ave
White Plains, New York 10604
(914) 323-7000

# EXHIBIT "A"



May 13, 2026

**Claire Moore**
914.872.7572 (direct)
914.323.7001 (fax)
Claire.Moore@WilsonElser.com

**VIA EMAIL**

Tyrone A. Blackburn, Esq.
T.A. Blackburn Law, PLLC
1242 E. 80th Street, 3rd Floor
Brooklyn, NY 11236
tblackburn@tablackburnlaw.com

Rodney Diggs, Esq.
Ivie McNeill Wyatt Purcell & Diggs
444 S. Flower Street, Suite 3200
Los Angeles, CA 90071

Re: *Renita Francois and McEvans Francois v. Bath & Body Works, LLC., The Premier Candle Corporation, ABC Corporation 1-10, and John and Jane Does 1-10*
Case No. : 2:25-CV-03725
Our File No. : 21103.00031

Dear Counselors:

As you are aware, this office represents the interests of Defendant, The Premier Candle Corporation, in the above-referenced matter. With regard to the above-referenced matter, kindly be advised that Defendants designates the following specialist to conduct Plaintiff, Renita Francois', medical examination to be held at the following date, time and location listed below:

**Dr. Steven A. Fayer (Psychiatry)**
**169 East 74th Street**
**New York, New York 10021**
**Date: Tuesday, June 23rd, 2026**
**Time: 1:00 PM**

**Please be advised, cancellations or a failure to appear may result in fees, the payment of which will be the responsibility of your office.**

Should you have any questions or wish to discuss this matter further, please do not hesitate to contact the undersigned or the attorney of record, Cameron Kamer.



Thank you for your kind attention.

Best Regards,

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

*Claire Moore*

Claire Moore
Paralegal Clerk


CC:

David S. Osterman
Goldberg Segalla LLP
Attorneys for Defendant -
**Bath and Body Works LLC**
902 Carnegie Center, Suite 100
Princeton, NJ 08540
dosterman@goldbergsegalla.com

1133 Westchester Avenue | White Plains, NY 10604 | p 914.323.7000 | f 914.323.7001 | wilsonelser.com

Albany, NY | Atlanta, GA | Austin, TX | Baltimore, MD | Birmingham, AL | Boston, MA | Charlotte, NC | Chicago, IL | Dallas, TX | Denver, CO | Detroit, MI | Long Island, NY
Hartford, CT | Houston, TX | Indianapolis, IN | Jackson, MS | Las Vegas, NV | London, England | Los Angeles, CA | Louisville, KY | Madison, NJ | McLean, VA | Merrillville, IN
Miami, FL | Milwaukee, WI | Nashville, TN | New Orleans, LA | New York, NY | Orange County, CA | Orlando, FL | Philadelphia, PA | Phoenix, AZ | Portland, OR | Raleigh, NC
San Diego, CA | San Francisco, CA | Sarasota, FL | Seattle, WA | Stamford, CT | St. Louis, MO | Tyler, TX | Washington, DC | West Palm Beach, FL | White Plains, NY

System.Object[]

# EXHIBIT "B"

**Kamer, Cameron**

**From:** Kamer, Cameron
**Sent:** Monday, June 8, 2026 12:12 PM
**To:** 'Tyrone Blackburn'; Osterman, David S.; Tyrine S. Aman
**Cc:** Rodney S. Diggs; Alexandria K. Feather; Tyrine S. Aman; Baiocco, Joseph C.; Hansen, Nicholas L.; Ashley, Anna; O'Grady, Carly A.
**Subject:** RE: Fw: Treatment Summary R. Francois
**Attachments:** IME Designation - Dr. Fayer - Final(335727602.1)(336966932.1).pdf; Email to All Parties - 5.13.26.pdf

Good afternoon,

As a good-faith reminder, kindly see the attached IME designation, which was previously transmitted by email on May 13, 2026, regarding Plaintiff Renita Francois's independent medical examination with Dr. Fayer.

The medical examination remains scheduled for **June 23, 2026, at 1:00 p.m.**, at **169 East 74th Street, New York, New York 10021**.

Please note that any fees or expenses incurred as a result of a late cancellation, non-appearance, or requested adjournment shall be the sole responsibility of Plaintiffs.

Thank you.

Cameron Kamer
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
1133 Westchester Avenue
White Plains, NY 10604
914.872.7278 (Direct)
917.847.7011 (Cell)
914.323.7000 (Main)
914.323.7001 (Fax)
cameron.kamer@wilsonelser.com

**From:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Sent:** Friday, June 5, 2026 12:29 PM
**To:** Osterman, David S. <dosterman@goldbergsegalla.com>
**Cc:** Rodney S. Diggs <rdiggs@imwlaw.com>; Alexandria K. Feather <afeather@imwlaw.com>; Tyrine S. Aman <taman@imwlaw.com>; Baiocco, Joseph C. <Joseph.Baiocco@wilsonelser.com>; Kamer, Cameron <Cameron.Kamer@wilsonelser.com>; Hansen, Nicholas L. <nhansen@goldbergsegalla.com>; Ashley, Anna <aashley@goldbergsegalla.com>; O'Grady, Carly A. <cogrady@goldbergsegalla.com>
**Subject:** Re: Fw: Treatment Summary R. Francois

EXTERNAL EMAIL - This email originated from outside the organization.

Ms. Modield is not our expert. We will provide an updated Rule 26 disclosure. I am on a flight right now, landing in 7 hours. At that time, I'll send over the new Rule 26.

Tyrone A. Blackburn, Esq. T. A. Blackburn Law, PLLC. Office: (347) 342-7432 Email: tblackburn@tablackburnlaw.com Web: www.tablackburnlaw.com The Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, covers this electronic mail message. The information transmitted by this e-mail is intended only for the addressee and may contain confidential and/or privileged material. Any interception, review, retransmission, dissemination, or other use of this information, or taking any action upon it, by persons or entities other than the intended recipient is prohibited by law. It may subject them to criminal or civil liability. If you received this communication in error, please contact me immediately (by return email or by phone at 347.342.7432) and delete it from any computer or network system.

On Fri, Jun 5, 2026, at 9:26 AM, Osterman, David S. <dosterman@goldbergsegalla.com> wrote:

> Counsel,
>
> I write one final time to request your cooperation in arranging Ms. Mofield's deposition. We have made multiple requests that plaintiffs have consistently ignored. We have also tried unsuccessfully to serve Ms. Mofield with a subpoena ourselves at the address previously provided because you would not cooperate. Unfortunately, the address does not appear to be valid. We have a discovery end date approaching as well as a deadline for service of expert reports that has already been pushed back once. As you know, the court's rules require a heightened standard of good cause for any further delays, which obviously does not exist in this situation. Your failure to cooperate is causing us to expend costs unnecessarily and you are leaving us with no choice but to seek relief from the court. The records provided by Dr. Mofield the night before the conference last week are quite incomplete. For example, it does not include any contemporaneous notes (your client testified that Ms. Mofield regularly takes notes during their sessions), nor billing records (your client testified that she routinely sends her bills for their sessions), nor does it include any reference to treatment past October, 2024 even though in February your client testified that she treated with her ***through the end of 2025***. We are entitled to those records. We are aware that plaintiff and Ms. Mofield are long time work colleagues and that Ms. Mofield currently works in the Mayor's office to prevent gun violence. We do not wish to involve the Corporation Counsel's office in an effort to compel her deposition given that Ms. Mofield's "therapy" practice appears to be a bit of a side job. We assume that your client can easily ask Ms. Mofield to cooperate. As you know, your client is scheduled to be evaluated in an Independent Medical Exam in the near future, which is part of the reason we need your cooperation to get these authorizations and to start getting the "treating" doctors deposed. If we don't hear from you by the close of business Monday we will have no choice to make a motion to preclude the testimony of Ms. Mofield and any other provider for whom we still do not have records. I implore you to respond in good faith to this request to facilitate the completion of discovery in an efficient and professional manner. If I don't hear from you, be assured this letter will be Exhibit A in my motion to the Court.
>
> Please respond.
>
> Dave

David S. Osterman, Esq.
Partner
*Certified by the Supreme Court of New Jersey as a Civil Trial Attorney*

**DIRECT** 609.986.1310 | **CELL** 609.658.6068
**EMAIL** dosterman@goldbergsegalla.com | website bio | goldbergsegalla.com
301 Carnegie Center Drive, Suite 200, Princeton, NJ 08540-6587
**FAX** 609.986.1301

GOLDBERGSEGALLA 25
25 Years of Moving You *Forward*

CALIFORNIA | CONNECTICUT | DELAWARE | FLORIDA | ILLINOIS | MARYLAND
MISSOURI | NEW JERSEY | NEW YORK | NORTH CAROLINA | PENNSYLVANIA

Privileged attorney-client communication / attorney's work product. This email message and any attachments are confidential. If you are not the intended recipient, please immediately reply to the sender and delete the message from your email system.

---

**From:** Osterman, David S.
**Sent:** Wednesday, 03 June 2026 11:24:09
**To:** Jessica Mofield <normalizemore@gmail.com>
**Cc:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>; Rodney S. Diggs <rdiggs@imwlaw.com>; Kamer, Cameron <cameron.kamer@wilsonelser.com>; Baiocco, Joseph C. <joseph.baiocco@wilsonelser.com>; Ashley, Anna <aashley@goldbergsegalla.com>; O'Grady, Carly A. <cogrady@goldbergsegalla.com>; Tyrine S. Aman <TAman@imwlaw.com>; Alice D. Williams <AWilliams@imwlaw.com>; Le Chaune Metoyer <LMetoyer@imwlaw.com>
**Subject:** RE: Treatment Summary R. Francois

Ms. Mofield,

I represent Bath & Body Works, LLC (“BBW”) in connection with Renita Francois’ lawsuit against BBW. Attorneys for Ms. Francois and other parties are copied on this email. Thank you for forwarding the information contained in the email, below.

My client would like to schedule your deposition and we are willing to work with you to find a mutually convenient time for the deposition. Please provide us with several alternative dates that work in your schedule, and we will set it up for a time that is convenient for you.

Thank you for your anticipated cooperation.

David Osterman

David S. Osterman, Esq.
Partner
*Certified by the Supreme Court of New Jersey as a Civil Trial Attorney*

**DIRECT** 609.986.1310 | **CELL** 609.658.6068
**EMAIL** dosterman@goldbergsegalla.com | website bio | goldbergsegalla.com
301 Carnegie Center Drive, Suite 200, Princeton, NJ 08540-6587
**FAX** 609.986.1301

GOLDBERGSEGALLA25

25 Years of Moving You *Forward*

CALIFORNIA | CONNECTICUT | DELAWARE | FLORIDA | ILLINOIS | MARYLAND
MISSOURI | NEW JERSEY | NEW YORK | NORTH CAROLINA | PENNSYLVANIA

Privileged attorney-client communication / attorney's work product. This email message and any attachments are confidential. If you are not the intended recipient, please immediately reply to the sender and delete the message from your email system.

---

**From:** Jessica Mofield <normalizemore@gmail.com>
**Sent:** Monday, June 1, 2026 5:31 PM
**To:** Osterman, David S. <dosterman@goldbergsegalla.com>
**Subject:** Treatment Summary R. Francois

You don't often get email from normalizemore@gmail.com. Learn why this is important

Good afternoon,

Please find the treatment summary attached. Please let me know if additional information is needed.


Best,

J. Mofield

# EXHIBIT "C"

**Kamer, Cameron**

| | |
|---|---|
| **From:** | Kamer, Cameron |
| **Sent:** | Wednesday, May 13, 2026 1:12 PM |
| **To:** | Rodney Diggs; Tyrone Blackburn |
| **Cc:** | Baiocco, Joseph C.; Moore, Claire; Osterman, David S.; Hansen, Nicholas L.; Alexandria K. Feather; Alice D. Williams; Theresa Marie Glover; Alejandro, Leslie |
| **Subject:** | Francois et al. v. BBW et al. \| Case No. 2:25-cv-03725 |
| **Attachments:** | Letter to PC re_ 2nd NTP - 5.13.26(335617360.1).pdf; IME Designation - Dr. Fayer - Final(335727602.1).pdf |

Rodeny and Tyrone,

Kindly see attached for the following items relative to the above-referenced matter:

- Defendant Premier's Good Faith Correspondence dated May 13, 2026; and
- Defendant Premier and BBW's Notice of Plaintiff Renita Francois' IME with Dr. Fayer.

Please contact me with any questions.

Thank you,
Cameron

Cameron Kamer
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
1133 Westchester Avenue
White Plains, NY 10604
914.872.7278 (Direct)
917.847.7011 (Cell)
914.323.7000 (Main)
914.323.7001 (Fax)
cameron.kamer@wilsonelser.com

# EXHIBIT "D"

**Kamer, Cameron**

| | |
|---|---|
| **From:** | Kamer, Cameron |
| **Sent:** | Wednesday, June 24, 2026 10:32 AM |
| **To:** | 'Tyrone Blackburn' |
| **Cc:** | Osterman, David S.; Tyrine S. Aman; Rodney S. Diggs; Alexandria K. Feather; Baiocco, Joseph C.; Hansen, Nicholas L.; Ashley, Anna; O'Grady, Carly A.; Moore, Claire |
| **Subject:** | RE: Fw: Treatment Summary R. Francois |
| **Attachments:** | IME Designation - Dr. Fayer - Final(335727602.1)(336966932.1).pdf; Email to All Parties - 5.13.26.pdf; Email to All Parties 6.8.26.pdf |

Tyronne,

My office provided multiple notices:

1. May 13, 2026, via email – The attached notice was sent to you and Rodney's email address;
2. Plaintiff's IME was discussed during the Court conference on June 2, 2026, with Judge Tiscione; and
3. On June 8, 2026, my office sent a good-faith reminder of Plaintiff's IME.

Given the multiple follow-ups and that Plaintiff was on notice of this examination for more than a month, Defendants were entitled to expect Plaintiff's attendance or, at a minimum, advance notice that she would not appear. Unfortunately, neither our office nor Dr. Fayer received any communication regarding Plaintiff's nonappearance, resulting in unnecessary costs and expenses.

Accordingly, we respectfully request confirmation that Plaintiff and/or Plaintiff's counsel will reimburse Defendants for the no-show fee incurred.

Thank you,
Cameron

Cameron Kamer
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
1133 Westchester Avenue
White Plains, NY 10604
914.872.7278 (Direct)
917.847.7011 (Cell)
914.323.7000 (Main)
914.323.7001 (Fax)
cameron.kamer@wilsonelser.com

**From:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Sent:** Wednesday, June 24, 2026 10:19 AM
**To:** Kamer, Cameron <Cameron.Kamer@wilsonelser.com>
**Cc:** Osterman, David S. <dosterman@goldbergsegalla.com>; Tyrine S. Aman <taman@imwlaw.com>; Rodney S. Diggs <rdiggs@imwlaw.com>; Alexandria K. Feather <afeather@imwlaw.com>; Baiocco, Joseph C. <Joseph.Baiocco@wilsonelser.com>; Hansen, Nicholas L. <nhansen@goldbergsegalla.com>; Ashley, Anna <aashley@goldbergsegalla.com>; O'Grady, Carly A. <cogrady@goldbergsegalla.com>; Moore, Claire

<Claire.Moore@wilsonelser.com>
**Subject:** Re: Fw: Treatment Summary R. Francois

EXTERNAL EMAIL - This email originated from outside the organization.

When and where did you provide the IME notice?

Tyrone A. Blackburn, Esq. T. A. Blackburn Law, PLLC. Office: (347) 342-7432 Email: tblackburn@tablackburnlaw.com Web: www.tablackburnlaw.com The Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, covers this electronic mail message. The information transmitted by this e-mail is intended only for the addressee and may contain confidential and / or privileged material. Any interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact me immediately (by return email, by phone at 347.342.7432), and delete the communication from any computer or network system.

On Wed, Jun 24, 2026 at 7:17 AM Kamer, Cameron <Cameron.Kamer@wilsonelser.com> wrote:

Hi Tyrone,

Thank you for your email.

My email yesterday concerned Plaintiff's failure to appear for her duly noticed IME, not the ongoing issues regarding outstanding medical records. As I explained, a nonappearance fee was incurred as a result of Plaintiff's failure to attend, and we expect your office to reimburse Defendants for that expense.

Defendants' pending motion to preclude separately addresses the outstanding medical records issues.

Thank you,

Cameron

Cameron Kamer
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
1133 Westchester Avenue
White Plains, NY 10604
914.872.7278 (Direct)
917.847.7011 (Cell)
914.323.7000 (Main)

914.323.7001 (Fax)
cameron.kamer@wilsonelser.com

---

**From:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Sent:** Tuesday, June 23, 2026 6:18 PM
**To:** Kamer, Cameron <Cameron.Kamer@wilsonelser.com>
**Cc:** Osterman, David S. <dosterman@goldbergsegalla.com>; Tyrine S. Aman <taman@imwlaw.com>; Rodney S. Diggs <rdiggs@imwlaw.com>; Alexandria K. Feather <afeather@imwlaw.com>; Baiocco, Joseph C. <Joseph.Baiocco@wilsonelser.com>; Hansen, Nicholas L. <nhansen@goldbergsegalla.com>; Ashley, Anna <aashley@goldbergsegalla.com>; O'Grady, Carly A. <cogrady@goldbergsegalla.com>; Moore, Claire <Claire.Moore@wilsonelser.com>
**Subject:** Re: Fw: Treatment Summary R. Francois

EXTERNAL EMAIL - This email originated from outside the organization.

The therapist, the dermatologist, and her primary care providers are sending the records directly to the defendants. They have already received the records from the two therapists. The dermatologist just returned from vacation and some kind of medical mission and said she would send them over immediately. The two hospitals said it would take at least 45 days for the defendants to receive the records.

*Tyrone A. Blackburn, Esq.*
T. A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
P: 347-342-7432
E: info@tablackburnlaw.com

---

Please note that using the Internet for communications with the firm will not establish an attorney-client relationship, and messages containing confidential or time-sensitive information should not be sent via this media.
CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail transmission (and the attachment(s) accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is only for the use of the intended recipient. If you are not the intended recipient, you are now notified that any disclosure, copying, or distribution of any information in this transmission or taking any action in reliance on the contents of this transmission is strictly prohibited. Any unauthorized interception of this transmission is illegal

under the law. If you have received this transmission in error, please promptly notify the sender by replying to this e-mail and then delete all copies. Thank you.
CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and the law firm transmitting this message are parties to a signed retainer agreement binding the law firm to act as attorney for the recipient(s), neither this law firm nor any attorney in its employ is (or may be deemed to be) acting as such attorney. Any message or data sent to any recipient(s) as a courtesy is without the benefit of any actual knowledge about the particular situation of such recipient(s) and is without any "due diligence" or similar inquiry on the part of this firm. Everything stated is purely a general comment or suggestion based on the limited facts presented to this firm.

On Tue, Jun 23, 2026 at 3:14 PM Kamer, Cameron <Cameron.Kamer@wilsonelser.com> wrote:

Good evening,

Please be advised that Defendants' expert, Dr. Fayer, notified our office that Plaintiff failed to appear for her duly noticed IME scheduled for today at 1:00 PM Eastern at Dr. Fayer's office.

Neither our office nor Dr. Fayer received any communication from Plaintiff or Plaintiff's counsel regarding her non-appearance, nor any advance notice that she would not be attending. As a result, Defendants have incurred unnecessary expenses associated with Dr. Fayer's preparation time and the applicable no-show fee.

Accordingly, we write to request confirmation that Plaintiff and/or Plaintiff's counsel will reimburse Defendants for all fees and costs incurred as a result of Plaintiff's failure to appear for her duly noticed IME.

Thank you, and we look forward to your prompt response.

Sincerely,

Cameron

Cameron Kamer
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP

1133 Westchester Avenue
White Plains, NY 10604
914.872.7278 (Direct)
917.847.7011 (Cell)
914.323.7000 (Main)
914.323.7001 (Fax)
cameron.kamer@wilsonelser.com

---

**From:** Kamer, Cameron
**Sent:** Monday, June 8, 2026 12:12 PM
**To:** 'Tyrone Blackburn' <tblackburn@tablackburnlaw.com>; Osterman, David S. <dosterman@goldbergsegalla.com>; Tyrine S. Aman <taman@imwlaw.com>
**Cc:** Rodney S. Diggs <rdiggs@imwlaw.com>; Alexandria K. Feather <afeather@imwlaw.com>; Tyrine S. Aman <taman@imwlaw.com>; Baiocco, Joseph C. <Joseph.Baiocco@wilsonelser.com>; Hansen, Nicholas L. <nhansen@goldbergsegalla.com>; Ashley, Anna <aashley@goldbergsegalla.com>; O'Grady, Carly A. <cogrady@goldbergsegalla.com>
**Subject:** RE: Fw: Treatment Summary R. Francois

Good afternoon,

As a good-faith reminder, kindly see the attached IME designation, which was previously transmitted by email on May 13, 2026, regarding Plaintiff Renita Francois's independent medical examination with Dr. Fayer.

The medical examination remains scheduled for **June 23, 2026, at 1:00 p.m.**, at **169 East 74th Street, New York, New York 10021**.

Please note that any fees or expenses incurred as a result of a late cancellation, non-appearance, or requested adjournment shall be the sole responsibility of Plaintiffs.

Thank you.

Cameron Kamer
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP

1133 Westchester Avenue
White Plains, NY 10604
914.872.7278 (Direct)
917.847.7011 (Cell)
914.323.7000 (Main)
914.323.7001 (Fax)
cameron.kamer@wilsonelser.com

---

**From:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Sent:** Friday, June 5, 2026 12:29 PM
**To:** Osterman, David S. <dosterman@goldbergsegalla.com>
**Cc:** Rodney S. Diggs <rdiggs@imwlaw.com>; Alexandria K. Feather <afeather@imwlaw.com>; Tyrine S. Aman <taman@imwlaw.com>; Baiocco, Joseph C. <Joseph.Baiocco@wilsonelser.com>; Kamer, Cameron <Cameron.Kamer@wilsonelser.com>; Hansen, Nicholas L. <nhansen@goldbergsegalla.com>; Ashley, Anna <aashley@goldbergsegalla.com>; O'Grady, Carly A. <cogrady@goldbergsegalla.com>
**Subject:** Re: Fw: Treatment Summary R. Francois

EXTERNAL EMAIL - This email originated from outside the organization.

Ms. Modield is not our expert. We will provide an updated Rule 26 disclosure. I am on a flight right now, landing in 7 hours. At that time, I'll send over the new Rule 26.

Tyrone A. Blackburn, Esq. T. A. Blackburn Law, PLLC. Office: (347) 342-7432 Email: tblackburn@tablackburnlaw.com Web: www.tablackburnlaw.com The Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, covers this electronic mail message. The information transmitted by this e-mail is intended only for the addressee and may contain confidential and/or privileged material. Any interception, review, retransmission, dissemination, or other use of this information, or taking any action upon it, by persons or entities other than the intended recipient is prohibited by law. It may subject them to criminal or civil liability. If you received this communication in error, please contact me immediately (by return email or by phone at 347.342.7432) and delete it from any computer or network system.

On Fri, Jun 5, 2026, at 9:26 AM, Osterman, David S. <dosterman@goldbergsegalla.com> wrote:

Counsel,

I write one final time to request your cooperation in arranging Ms. Mofield's deposition. We have made multiple requests that plaintiffs have consistently ignored. We have also tried unsuccessfully to serve Ms. Mofield with a subpoena ourselves at the address previously provided because you would not cooperate. Unfortunately, the address does not appear to be valid. We have a discovery end date approaching as well as a deadline for service of expert reports that has already been pushed back once. As you know, the court's rules require a heightened standard of good cause for any further delays, which obviously does not exist in this situation. Your failure to cooperate is causing us to expend costs unnecessarily and you are leaving us with no choice but to seek relief from the court. The records provided by Dr. Mofield the night before the conference last week are quite incomplete. For example, it does not include any contemporaneous notes (your client testified that Ms. Mofield regularly takes notes during their sessions), nor billing records (your client testified that she routinely sends her bills for their sessions), nor does it include any reference to treatment past October, 2024 even though in February your client testified that she treated with her ***through the end of 2025***. We are entitled to those records. We are aware that plaintiff and Ms. Mofield are long time work colleagues and that Ms. Mofield currently works in the Mayor's office to prevent gun violence. We do not wish to involve the Corporation Counsel's office in an effort to compel her deposition given that Ms. Mofield's "therapy" practice appears to be a bit of a side job. We assume that your client can easily ask Ms. Mofield to cooperate. As you know, your client is scheduled to be evaluated in an Independent Medical Exam in the near future, which is part of the reason we need your cooperation to get these authorizations and to start getting the "treating" doctors deposed. If we don't hear from you by the close of business Monday we will have no choice to make a motion to preclude the testimony of Ms. Mofield and any other provider for whom we still do not have records. I implore you to respond in good faith to this request to facilitate the completion of discovery in an efficient and professional manner. If I don't hear from you, be assured this letter will be Exhibit A in my motion to the Court.

Please respond.

Dave

David S. Osterman, Esq.
Partner
*Certified by the Supreme Court of New Jersey as a Civil Trial Attorney*

**DIRECT** 609.986.1310 | **CELL** 609.658.6068
**EMAIL** dosterman@goldbergsegalla.com | website bio | goldbergsegalla.com
301 Carnegie Center Drive, Suite 200, Princeton, NJ 08540-6587
**FAX** 609.986.1301

GOLDBERGSEGALLA25

25 Years of Moving You *Forward*

CALIFORNIA | CONNECTICUT | DELAWARE | FLORIDA | ILLINOIS | MARYLAND
MISSOURI | NEW JERSEY | NEW YORK | NORTH CAROLINA | PENNSYLVANIA

Privileged attorney-client communication / attorney's work product. This email message and any attachments are confidential. If you are not the intended recipient, please immediately reply to the sender and delete the message from your email system.

---

**From:** Osterman, David S.
**Sent:** Wednesday, 03 June 2026 11:24:09
**To:** Jessica Mofield <normalizemore@gmail.com>
**Cc:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>; Rodney S. Diggs <rdiggs@imwlaw.com>; Kamer, Cameron <cameron.kamer@wilsonelser.com>; Baiocco, Joseph C. <joseph.baiocco@wilsonelser.com>; Ashley, Anna <aashley@goldbergsegalla.com>; O'Grady, Carly A. <cogrady@goldbergsegalla.com>; Tyrine S. Aman <TAman@imwlaw.com>; Alice D. Williams <AWilliams@imwlaw.com>; Le Chaune Metoyer <LMetoyer@imwlaw.com>
**Subject:** RE: Treatment Summary R. Francois

Ms. Mofield,

I represent Bath & Body Works, LLC ("BBW") in connection with Renita Francois' lawsuit against BBW. Attorneys for Ms. Francois and other parties are copied on this email. Thank you for forwarding the information contained in the email, below.

My client would like to schedule your deposition and we are willing to work with you to find a mutually convenient time for the deposition. Please provide us with several alternative dates that work in your schedule, and we will set it up for a time that is convenient for you.

Thank you for your anticipated cooperation.

David Osterman

David S. Osterman, Esq.
Partner
*Certified by the Supreme Court of New Jersey as a Civil Trial Attorney*

**DIRECT** 609.986.1310 | **CELL** 609.658.6068
**EMAIL** dosterman@goldbergsegalla.com | website bio | goldbergsegalla.com
301 Carnegie Center Drive, Suite 200, Princeton, NJ 08540-6587
**FAX** 609.986.1301

GOLDBERGSEGALLA25

25 Years of Moving You *Forward*

CALIFORNIA | CONNECTICUT | DELAWARE | FLORIDA | ILLINOIS | MARYLAND
MISSOURI | NEW JERSEY | NEW YORK | NORTH CAROLINA | PENNSYLVANIA

Privileged attorney-client communication / attorney's work product. This email message and any attachments are confidential. If you are not the intended recipient, please immediately reply to the sender and delete the message from your email system.

---

**From:** Jessica Mofield <normalizemore@gmail.com>
**Sent:** Monday, June 1, 2026 5:31 PM
**To:** Osterman, David S. <dosterman@goldbergsegalla.com>
**Subject:** Treatment Summary R. Francois

You don't often get email from normalizemore@gmail.com. Learn why this is important

Good afternoon,

Please find the treatment summary attached. Please let me know if additional information is needed.

Best,

J. Mofield

IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser Moskowitz Edelman & Dicker LLP provides to you either in the body

of this or any email or in an attachment without first speaking with the attorney in our office who is handling your transaction. Further, DO NOT accept emailed wire instructions from anyone else without voice verification. Even if an email looks like it has come from this office or someone involved in your transaction, CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE to verify the information before wiring any money. Failure to do so is at your own risk. Be particularly wary of any request to change wire instructions you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman & Dicker LLP, please see our website at www.wilsonelser.com or refer to any of our offices.

Thank you.

IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser Moskowitz Edelman & Dicker LLP provides to you either in the body of this or any email or in an attachment without first speaking with the attorney in our office who is handling your transaction. Further, DO NOT accept emailed wire instructions from anyone else without voice verification. Even if an email looks like it has come from this office or someone involved in your transaction, CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE to verify the information before wiring any money. Failure to do so is at your own risk. Be particularly wary of any request to change wire instructions you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman & Dicker LLP, please see our website at www.wilsonelser.com or refer to any of our offices.

Thank you.