Exhibit B

 Gmail

Tyrone Blackburn <tblackburn@tablackburnlaw.com>

## Fwd: Treatment Summary R. Francois

1 message

**Renita Francois** <renita.francois@gmail.com>                    Mon, Jun 1, 2026 at 5:35 PM
To: Tyrone Blackburn <Tblackburn@tablackburnlaw.com>

---------- Forwarded message ---------
From: **Jessica Mofield** ███████████████████
Date: Mon, Jun 1, 2026 at 5:30 PM
Subject: Treatment Summary R. Francois
To: <cameron.kamer@wilsonelser.com>

Good afternoon,

Please find the treatment summary attached. Please let me know if additional information is needed.

Best,
J. Mofield

---

**2 attachments**

 **HIPPA Release CK.pdf**
1022K

**R_Francois Treatment Summary_2026.pdf**
487K

OCA Official Form No.: 960

# AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA
[This form has been approved by the New York State Department of Health]

| Patient Name | Date of Birth | Social Security Number |
|---|---|---|
| **Renita Francois** | ██████ | ██████ |

| Patient Address |
|---|
| ██████████████████ |

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL** and **DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:
**Jessica Mofield, 1093 Herkimer St. Apt B, Brooklyn, NY 11233**

8. Name and address of person(s) or category of person to whom this information will be sent:
**Cameron Kamer, Wilson Elser Moskowitz Edelman, 1133 Westchester Avenue, White Plains, NY 10604**

9(a). Specific information to be released:
☑ Medical Record from (insert date) **1/1/2021** to (insert date) **present**
☐ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.
☑ Other: **Limited to matters concerning the Bath and Body Candle Explosion**

Include: (*Indicate by Initialing*)
_____ **Alcohol/Drug Treatment**
_____ **Mental Health Information**
_____ **HIV-Related Information**

**Authorization to Discuss Health Information**

(b) ☐ By initialing here __*RF*__ I authorize **Send via email to: cameron.kamer@wilsonelser.com**
    Initials                          Name of individual health care provider
to discuss my health information with my attorney, or a governmental agency, listed here:

_____
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information:<br>☑ At request of individual<br>☐ Other: **Litigation** | 11. Date or event on which this authorization will expire:<br>**End of litigation** |
|---|---|
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

_Renita Francois_ (signature)
Signature of patient or representative authorized by law.

Date: **6/1/26**

\* **Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably coul identify someone as having HIV symptoms or infection and information regarding a person's contacts.**



109 South 5th Street,
Brooklyn NY 11249

June 1, 2026

RE: R. Francois Treatment Summary

**Patient Information**

- **Name:** Renita Francois
- **Age:** 42
- **Gender:** Female
- **Period of Treatment:** February 2023 - October 2024 (formal treatment); periodic client-initiated contacts thereafter
- **Session Frequency:** Bi-weekly

**Background**

The patient, Renita Francois, a 40-year-old African American woman,



**Diagnosis**

**Additional Considerations:**

**Treatment Summary**



MORE HEALING AND WELLNESS

109 South 5th Street,
Brooklyn NY 11249



**<u>Recommendations for continued Treatment:</u>**



Sincerely,

Jessica Mofield (006454)