**CIVIL MINUTE ENTRY**

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | July 21, 2026 |
| TIME: | 10:00 a.m. |
| DOCKET NUMBER(S): | 25cv3725-GRB-ST |
| NAME OF CASE(S): | Francois et al v. Bath & Body Works, LLC et al. |
| FOR PLAINTIFF(S): | Diggs, Blackburn |
| FOR DEFENDANT(S): | Osterman, Kamer |
| NEXT CONFERENCE(S): | |
| FTR/COURT REPORTER: | Cisco (10:00 - 11:00) |

RULINGS FROM Motion Hearing                    :

Court heard argument on Plaintiff's First MOTION to Expedite EMERGENCY MOTION FOR RECONSIDERATION OF ORDER [49] and First MOTION for Extension of Time to Complete Discovery [52]. Plaintiff shall submit a supplemental memorandum in support by July 24, 2026. Defendants shall submit a response, if necessary, by July 31, 2026. The Court will continue the motion hearing on August 6, 2026 at 10:30 a.m. All parties must participate and shall connect to the conference through dial in number 571-353-2301 with ID # 771869760.