

David S. Osterman | Partner
Direct 609.986.1310 | dosterman@goldbergsegalla.com

July 29, 2026

Honorable Steven L. Tiscione, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

   **Re:**  ***Francois, Renita v. Bath & Body Works, LLC et al.***
     **Case No. 2:25-cv-03725**

Dear Judge Tiscione:

  Defendant Bath & Body Works writes on behalf of Defendants to respectfully request a brief extension of time to Tuesday, August 4, 2026, to respond to Plaintiff's Supplemental Memorandum to her Motion for Extension of Time to Complete Discovery.

  Following the July 21, 2026 hearing on Plaintiff's Emergency Motion to Extend Discovery, the Court issued a Minute Order directing Plaintiff to file a supplemental memorandum by July 24, 2026, and gave Defendants until Friday, July 31, 2026, to submit a response. The motion is scheduled to be heard on Thursday, August 6, 2026. Plaintiff timely filed the Supplemental Memorandum; however, because the filing was made under seal, Defendants did not have immediate access to it. In the days following the filing, Defendants made efforts to communicate with the Court clerk's office and Mr. Blackburn to request access. Defendants first received a copy of the Supplemental Memorandum from Plaintiff on the evening of July 28, 2026.

  Plaintiff's Supplemental Memorandum includes a thirteen-page Memorandum of Law and six exhibits. In light of the timing of Defendants' receipt of the filing, and the scope of the materials submitted, Defendants respectfully request an extension until Tuesday, August 4, 2026, to prepare and file their reply.

  We thank the Court for its consideration of this request.


     Respectfully submitted,

     David S. Osterman

DSO:nlh


**Please send mail to our scanning center at: PO Box 580, Buffalo NY 14201**

**OFFICE LOCATION** 301 Carnegie Center, Suite 200, Princeton, NJ 08540-6587 | **PHONE** 609-986-1300 | **FAX** 609-986-1301 | **www.goldbergsegalla.com**
CALIFORNIA | CONNECTICUT | DELAWARE | FLORIDA | ILLINOIS | NEW JERSEY | NEW YORK | NORTH CAROLINA | MARYLAND | MISSOURI | PENNSYLVANIA
IMANAGE\9770\0883\58060782.v1-7/29/26