# EXHIBIT "G"

## Kamer, Cameron

| | |
|---|---|
| **From:** | Tyrone Blackburn <tblackburn@tablackburnlaw.com> |
| **Sent:** | Tuesday, March 31, 2026 7:37 AM |
| **To:** | Osterman, David S.; Kamer, Cameron; Baiocco, Joseph C.; Rodney Diggs |
| **Subject:** | Francois et al v. Bath & Body Works, LLC et al; 2:25-cv-03725 |
| **Attachments:** | Alene Candle Company Complete Subpeona.pdf; Daniel L. Stanner, Esq.-Subpeona to Crystal Lakes.pdf; Complete Subpoena-U.S. CONSUMER PRODUCT SAFETY COMMISSION.pdf; McEvans Francois' RFA's Directed to Defendant Premier Candle Corp. (or Premier Candle).pdf; Plaintiff McEvans Francois's First Set of Interrogatories to Defendant Premier Candle Corporation.pdf; McEvans Francois' Request for Production of Documents Directed to Premier Candle Corporation.pdf; Plaintiff Renita Francois's First Set of Interrogatories to Defendant Premier Candle Corporation.pdf; Plaintiff Renita Francois's First Set of Interrogatories to Defendant Bath & Body Works, LLC.pdf; McEvans Francois RFA's Directed to Defendant Bath & Body Works, LLC.pdf; Plaintiff McEvans Francois' First Set of Requests for Production of Documents — Directed to Bath & Body Works, LLC.pdf; Plaintiff McEvans Francois's First Set of Interrogatories to Defendant Bath & Body Works, LLC.pdf; Request for Production of Documents Directed to Premier Candle Corporation.pdf; RFA's Directed to Defendant Bath & Body Works, LLC.pdf; RFA's Directed to Defendant Premier Candle Corp. (or Premier Candle).pdf; Requests for Production of Documents — Directed to Bath & Body Works, LLC.pdf |

> EXTERNAL EMAIL - This email originated from outside the organization.

Counsels,

I will be filing a letter with the court requesting an extension of the discovery calendar by 60 days. I had 2 deaths in the family which have drastically delayed my ability to timely submit the document demands. I have attached the Plaintiffs' first set of requests for production, RFA's, and interrogatories. Additionally, I have attached subpoenas to third parties as well.

I should have responses to Premier's requests, and BBW's supplemental requests back today along with the requested forms.

Regards,

*Tyrone A. Blackburn, Esq.*
T. A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
P: 347-342-7432
E: info@tablackburnlaw.com

_____

Please note that using the Internet for communications with the firm will not establish an attorney-client relationship, and messages containing confidential or time-sensitive information should not be sent via this media.