# EXHIBIT A

**Hansen, Nicholas L.**

| | |
|---|---|
| **From:** | Rodney S. Diggs <RDiggs@imwlaw.com> |
| **Sent:** | Thursday, February 26, 2026 1:19 PM |
| **To:** | Osterman, David S.; Alexandria K. Feather; Rediehs, Jennifer L.; Miller, Matthew G.; O'Grady, Carly A.; cameron.kamer@wilsonelser.com; joseph.baiocco@wilsonelser.com |
| **Cc:** | Tyrine S. Aman; Tyrone Blackburn; Alice D. Williams; Le Chaune Metoyer |
| **Subject:** | RE: Renita Francois, et al. v. Bath & Body Works, Inc., et al. |

Hi David –

I just finished trial yesterday and I am back in the office.  I will get this over to you today.



**Rodney S. Diggs** | **Director**
**IVIE McNEILL WYATT PURCELL & DIGGS**
444 South Flower Street, Suite 3200
Los Angeles, CA 90071
Phone: (213) 489-0028 | Fax: (213) 489-0552
RDiggs@imwlaw.com | www.imwlaw.com

*"A Tradition of Excellence Since 1943"*

**CONFIDENTIALITY NOTICE**
This electronic mail transmission, including any attachments, may contain confidential information which is legally privileged. The information is intended only for the use of the individual or entity named above and may contain information that may be protected by the attorney-client privilege, work-product doctrine, or other privileges, and may be restricted from disclosure by applicable state and federal law. If you are not the intended recipient, you are hereby NOTIFIED that any disclosure, copying, distribution or taking of any action in reliance on the information is strictly prohibited. If you have received this electronically mailed information in error, please notify the sender immediately and permanently delete all copies of the original e-mail and any attached documentation.

**SERVICE NOTICE**
Rodney S. Diggs and Ivie McNeill Wyatt Purcell & Diggs, APLC do not accept or consent to the service of process, motions, pleadings, documents, or any other items by electronic format. Correspondence via electronic format does not indicate agreement or consent to acceptance of service in such format unless otherwise agreed upon or required by law.

---

**From:** Osterman, David S. <dosterman@goldbergsegalla.com>
**Sent:** Thursday, February 26, 2026 8:24 AM
**To:** Alexandria K. Feather <afeather@imwlaw.com>; Rediehs, Jennifer L. <jrediehs@goldbergsegalla.com>; Miller, Matthew G. <mmiller@goldbergsegalla.com>; O'Grady, Carly A. <cogrady@goldbergsegalla.com>; cameron.kamer@wilsonelser.com; joseph.baiocco@wilsonelser.com
**Cc:** Rodney S. Diggs <RDiggs@imwlaw.com>; Tyrine S. Aman <TAman@imwlaw.com>; Tyrone Blackburn

<tblackburn@tablackburnlaw.com>; Alice D. Williams <AWilliams@imwlaw.com>; Le Chaune Metoyer
<LMetoyer@imwlaw.com>
**Subject:** RE: Renita Francois, et al. v. Bath & Body Works, Inc., et al.


Counsel,
We do not have Plaintiffs' Rule 26 disclosures, and no documents were produced in response to our
requests for production of documents. Please send those over right away.


Thanks,


Dave


## David S. Osterman, Esq.
Partner
*Certified by the Supreme Court of New Jersey as a Civil Trial Attorney*

**DIRECT** 609.986.1310 | **CELL** 609.658.6068
**EMAIL** dosterman@goldbergsegalla.com | website bio | goldbergsegalla.com

301 Carnegie Center Drive, Suite 200, Princeton,  NJ 08540-6587
**FAX** 609.986.1301

# GOLDBERGSEGALLA

CALIFORNIA | CONNECTICUT | DELAWARE | FLORIDA | ILLINOIS | MARYLAND
MISSOURI | NEW JERSEY | NEW YORK | NORTH CAROLINA | PENNSYLVANIA

Privileged attorney-client communication / attorney's work product. This email message and any attachments are confidential. If you are not the intended recipient, please immediately reply to the sender and delete the message from your email system.

**From:** Alexandria K. Feather <afeather@imwlaw.com>
**Sent:** Wednesday, February 25, 2026 9:48 PM
**To:** Osterman, David S. <dosterman@goldbergsegalla.com>; Rediehs, Jennifer L. <jrediehs@goldbergsegalla.com>;
Miller, Matthew G. <mmiller@goldbergsegalla.com>; O'Grady, Carly A. <cogrady@goldbergsegalla.com>;
cameron.kamer@wilsonelser.com; joseph.baiocco@wilsonelser.com
**Cc:** Rodney S. Diggs <RDiggs@imwlaw.com>; Tyrine S. Aman <TAman@imwlaw.com>; Tyrone Blackburn
<tblackburn@tablackburnlaw.com>; Alice D. Williams <AWilliams@imwlaw.com>; Le Chaune Metoyer
<LMetoyer@imwlaw.com>
**Subject:** Renita Francois, et al. v. Bath & Body Works, Inc., et al.

**On behalf of Rodney S. Diggs and Tyrone Blackburn**

Attached please find the following documents in connection with the above-referenced matter:

1. Plaintiffs' Response to Defendant Bath & Body Works, LLC's First Request for Admissions
2. Plaintiffs' Responses and Objections to Defendant Bath & Body Works, LLC's First Request for Production
3. Plaintiffs' Response to Defendant Bath & Body Works, LLC's First Interrogatories

Thank you

2



**Alexandria K. Feather | Legal Secretary**
**IVIE McNEILL WYATT PURCELL & DIGGS**
444 South Flower Street, Suite 3200
Los Angeles, CA 90071
Phone: (213) 489-0028
afeather@imwlaw.com | www.imwlaw.com

*"A Tradition of Excellence Since 1943"*

**CONFIDENTIALITY NOTICE**
This electronic mail transmission, including any attachments, may contain confidential information which is legally privileged. The information is intended only for the use of the individual or entity named above and may contain information that may be protected by the attorney-client privilege, work-product doctrine, or other privileges, and may be restricted from disclosure by applicable state and federal law. If you are not the intended recipient, you are hereby NOTIFIED that any disclosure, copying, distribution or taking of any action in reliance on the information is strictly prohibited. If you have received this electronically mailed information in error, please notify the sender immediately and permanently delete all copies of the original e-mail and any attached documentation.

**SERVICE NOTICE**
Alexandria K. Feather and Ivie McNeill Wyatt Purcell & Diggs, APLC do not accept or consent to the service of process, motions, pleadings, documents, or any other items by electronic format. Correspondence via electronic format does not indicate agreement or consent to acceptance of service in such format unless otherwise agreed upon or required by law.

3