# EXHIBIT B

**Hansen, Nicholas L.**

| | |
|---|---|
| **From:** | Rodney S. Diggs <RDiggs@imwlaw.com> |
| **Sent:** | Tuesday, March 24, 2026 1:38 PM |
| **To:** | Kamer, Cameron; Tyrone Anthony Blackburn Esq.; Osterman, David S. |
| **Cc:** | Baiocco, Joseph C.; Moore, Claire; Le Chaune Metoyer; Alexandria K. Feather; Tyrine S. Aman; Alice D. Williams |
| **Subject:** | RE: Francois et al v. BBW et al (2:25-cv-03725) |

Counsel –

Please be sure to include the following from my office on all correspondence.

lmetoyer@imwlaw.com
afeather@imwlaw.com
taman@imwlaw.com
awilliams@imwlaw.com

I have copied them to this e-mail for ease.



**Rodney S. Diggs** | **Director**
**IVIE McNEILL WYATT PURCELL & DIGGS**
444 South Flower Street, Suite 3200
Los Angeles, CA 90071
Phone: (213) 489-0028 | Fax: (213) 489-0552
RDiggs@imwlaw.com | www.imwlaw.com

*"A Tradition of Excellence Since 1943"*

**CONFIDENTIALITY NOTICE**
This electronic mail transmission, including any attachments, may contain confidential information which is legally privileged. The information is intended only for the use of the individual or entity named above and may contain information that may be protected by the attorney-client privilege, work-product doctrine, or other privileges, and may be restricted from disclosure by applicable state and federal law. If you are not the intended recipient, you are hereby NOTIFIED that any disclosure, copying, distribution or taking of any action in reliance on the information is strictly prohibited. If you have received this electronically mailed information in error, please notify the sender immediately and permanently delete all copies of the original e-mail and any attached documentation.

**SERVICE NOTICE**
Rodney S. Diggs and Ivie McNeill Wyatt Purcell & Diggs, APLC do not accept or consent to the service of process, motions, pleadings, documents, or any other items by electronic format. Correspondence via electronic format does not indicate agreement or consent to acceptance of service in such format unless otherwise agreed upon or required by law.

**From:** Kamer, Cameron <Cameron.Kamer@wilsonelser.com>
**Sent:** Monday, March 23, 2026 6:29 AM
**To:** Rodney S. Diggs <RDiggs@imwlaw.com>; Tyrone Anthony Blackburn Esq. <tblackburn@tablackburnlaw.com>; Osterman, David S. <dosterman@goldbergsegalla.com>
**Cc:** Baiocco, Joseph C. <Joseph.Baiocco@wilsonelser.com>; Moore, Claire <Claire.Moore@wilsonelser.com>
**Subject:** RE: Francois et al v. BBW et al (2:25-cv-03725)

Good morning,

Kindly see attached for Premier's correspondence relative to the above-referenced matter.

Thank you.

My best,
Cameron

Cameron Kamer
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
1133 Westchester Avenue
White Plains, NY 10604
914.872.7278 (Direct)
917.847.7011 (Cell)
914.323.7000 (Main)
914.323.7001 (Fax)
cameron.kamer@wilsonelser.com

**From:** Kamer, Cameron
**Sent:** Wednesday, February 25, 2026 8:49 PM
**To:** Rodney S. Diggs <rdiggs@imwlaw.com>; Tyrone Anthony Blackburn Esq. <tblackburn@tablackburnlaw.com>; Osterman, David S. <dosterman@goldbergsegalla.com>
**Cc:** Baiocco, Joseph C. <Joseph.Baiocco@wilsonelser.com>; Moore, Claire <Claire.Moore@wilsonelser.com>
**Subject:** Francois et al v. BBW et al (2:25-cv-03725)

Good evening,

Kindly see attached for Defendant Premier Candle Corporation's Rule 26 Disclosures.

Thank you,
Cameron

Cameron Kamer
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
1133 Westchester Avenue
White Plains, NY 10604
914.872.7278 (Direct)
917.847.7011 (Cell)
914.323.7000 (Main)
914.323.7001 (Fax)

cameron.kamer@wilsonelser.com

IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser
Moskowitz Edelman & Dicker LLP provides to you either in the body
of this or any email or in an attachment without first speaking
with the attorney in our office who is handling your transaction.
Further, DO NOT accept emailed wire instructions from anyone else
without voice verification. Even if an email looks like it has come
from this office or someone involved in your transaction,
CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE
to verify the information before wiring any money.
Failure to do so is at your own risk.
Be particularly wary of any request to change wire instructions
you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us immediately by
return e-mail and delete the original message and any copies of it
from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman &
Dicker LLP, please see our website at www.wilsonelser.com or refer to
any of our offices.

Thank you.

3