# CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | August 6, 2026 |
| TIME: | 10:30 a.m. |
| DOCKET NUMBER(S): | 25cv3725-GRB-ST |
| NAME OF CASE(S): | Francois et al. v. Bath & Body Works, LLC et al. |
| FOR PLAINTIFF(S): | Diggs, Blackburn |
| FOR DEFENDANT(S): | Brown, Osterman, Kamer |
| NEXT CONFERENCE(S): | |
| FTR/COURT REPORTER: | Cisco (10:45 - 11:15) |

RULINGS FROM  Motion Hearing                          :

For the reasons discussed on the record, Mr. Blackburn's oral motion to withdraw as attorney is granted and he is terminated as counsel of record.  Plaintiffs shall have new local counsel file a notice of appearance by August 20, 2026.  Plaintiffs' First Motion for Extension of Time to Complete Discovery [52] is granted in part.  All discovery deadlines are extended by 45 days.  Plaintiffs are ordered to remedy all prior discovery violations and failures as discussed by the Court at length during the July 21, 2026 hearing [56].  Plaintiffs are also ordered to pay reasonable costs and fees incurred by Defendants as a direct result of Plaintiffs' discovery violations including, but not limited to: both missed corporate depositions, Plaintiff's missed IME, and all motion practice Defendants were forced to engage in as a result of Plaintiffs' non-compliance.  Plaintiff's First MOTION to Expedite EMERGENCY MOTION FOR RECONSIDERATION OF ORDER (DKT. 48) [49] is denied at this time.  If Plaintiffs diligently complete all previously deficient discovery obligations and pay all of the defense costs the Court has awarded, Plaintiffs may refile a motion to reconsider the Court's prior order precluding testimony and imposing an adverse inference.