UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

RENITA FRANCOIS and McEVANS FRANCOIS,

Plaintiffs,

-against-

BATH & BODY WORKS, LLC, THE PREMIER CANDLE CORPORATION, ABC CORPORATION 1-10, AND JOHN AND JANE DOE 1-10,

Defendant.

Civil Action No.: 2:25-CV-03725

**NOTICE OF APPEARANCE**

To: The Clerk of the Court and all parties of record:

Please take notice, that the undersigned attorney, David L. Foster Esq., of Ivie Mcneil Wyatt Purcell & Diggs, admitted to practice in this court hereby appears as counsel for Plaintiffs, Renita Francois and McEvans Francois. All papers in this action to be served upon the undersigned at the office with address listed below, and all electronically filed papers be transmitted by electronic mail to the address dfoster@imwlaw.com.

Dated: New York, New York
August 17, 2026

Respectfully submitted
David L. Foster, Esq.,

By: ______________________
David Foster, Esq. (4317772)
Renita Francois and McEvans Francois
104 Mildred Parkway,
New Rochelle, NY 10804
dfoster@imwlaw.com
347-749-2299