UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------X

Renita Francios, and McEvans Francois

Plaintiffs

-against-

Bath & Body Works, Inc., The Premier Candle Corporation, ABC Coorporation 1-10, and JOHN and JANE DOES 1-10,

Defendants

-------------------------------------------------------X

Civil Action: 25-3725

NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE

TO: Opposing Counsel

Cameron Kamer, Esq.
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**
Attorney for Defendant, The Premier Candle Corporation
Cameron.Kamer@wilsonelser.com

David Osterman, Esq.
**GOLDBERG SEGALLA**
Attorney for Defendant, Bath and Body Works, LLC
dosterman@goldbergsegalla.com

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I Brandon R. Tanter will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of member, of the firm of Ivie McNeill Wyatt Purcell & Diggs and a member in good standing of the bar(s) of the State(s) of California, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Plaintiffs Renita Francios and McEvans Francois. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Respectfully Submitted,

Dated: 8/7/2026

/s/ BrandonR.Tanter
Signature of Movant
Firm Name Ivie McNeill Wyatt Purcell & Diggs
Address 444 S Flower Street, 32nd Floor
Los Angeles, CA 90071
Email btanter@imwlaw.com
Phone 213-489-0028