September 25, 2026

Cameron Kamer
Cameron.Kamer@wilsonelser.com

**VIA PACER**

The Honorable Steven L. Tiscione, USMJ
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: Francois, Renita et al. v. Bath and Body Works, LLC et al.**
**Case No.: 2:25-cv-03725**

Dear Judge Tiscione,

Counsel for Plaintiffs and Defendants (collectively, the "Parties") respectfully submit this joint letter to request a limited modification of the current discovery schedule in the above-captioned matter. The Parties have met and conferred regarding the remaining discovery and jointly propose the revised schedule set forth below. The Parties believe this request is narrowly tailored, made in good faith, and will facilitate the orderly completion of discovery without prejudice to any party.

**Background**

On August 6, 2026, the Court held a motion hearing concerning discovery in this action. By Minute Order entered August 11, 2026, the Court granted Plaintiffs' motion for an extension of discovery in part and extended all discovery deadlines by forty-five (45) days. The Court also directed the Parties to address certain outstanding discovery issues.

Since the August 6 conference, the Parties have worked diligently and cooperatively to complete the remaining discovery, and substantial progress has been made. Among other things, Premier produced its corporate representative, who has now been deposed in this matter. However, the scheduled deposition of Bath & Body Works' corporate representative had to be adjourned due to an unforeseen medical emergency. Because that adjournment was beyond the control of either Party, a modest adjustment to the current discovery schedule is necessary to permit the remaining discovery to be completed.

The Parties have met and conferred regarding the impact of this adjournment on the remaining discovery timeline and have agreed upon a proposed revised schedule that accommodates the rescheduled deposition while allowing for the orderly completion of all remaining discovery.

**Proposed Revised Discovery Schedule**

The Parties jointly propose the following revised discovery schedule:

1. The deposition of Bath & Body Works ("BBW"), consistent with the previously agreed-upon deposition notice, will take place on October 6, 2026;

2. Plaintiff will produce Ms. Mofield for deposition on or before November 1, 2026;
3. Affirmative expert reports will be served no later than October 26, 2026;
4. Rebuttal expert reports will be served no later than November 9, 2026;
5. Expert discovery will close on December 7, 2026; and
6. Deadline to take first step for dispositive motion practice is December 18, 2026.

The Parties believe this proposed schedule is realistic, achievable, and will permit the orderly completion of all remaining fact and expert discovery. The requested modifications are limited and are sought solely to accommodate the unforeseen medical emergency described above.

**Conclusion**

For the foregoing reasons, the Parties respectfully request that the Court approve the proposed revised discovery schedule set forth above. The Parties are prepared to comply with any further direction the Court may provide.

We thank the Court for its time and consideration.

Respectfully submitted,

By: ______________________________
Cameron F. Kamer, Esq.
*Attorneys for Defendants*
**THE PREMIER CANDLE CORPORATION**