GOLDBERG SEGALLA

David S. Osterman | Partner
DIRECT 609.986.1310 | dosterman@goldbergsegalla.com

November 4, 2026

Honorable Steven L. Tiscione, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza
East Brooklyn, NY 112201

**Re: Francois v. BBW, et al**
**Civil Action No.: 2:25-cv-03725**

Dear Judge Tiscione:

We represent Defendant Bath & Body Works, LLC ("BBW") in this action. We write, pursuant to Your Honor's July 9, 2026 Order (Dkt. 48), August 6, 2026 Order (Dkt. 64), and Fed. R. Civ. P. 37, to submit BBW's application for the reasonable costs and attorney's fees it incurred as a result of Plaintiffs' repeated discovery violations. As set forth below and in the accompanying Declaration of David S. Osterman and its Exhibits A and B, BBW requests an award of $33,668.10, consisting of $32,025.50 in attorney's fees (110.1 hours) and $1,642.60 in costs.

Background

BBW repeatedly requested that Plaintiff execute authorizations for her medical records, served deficiency letters, conferred with Plaintiff's counsel as required by Your Honor's Individual Rules, and, when those efforts failed, moved to compel Plaintiff to produce records and execute authorizations. Plaintiff did not comply with the Court's April 17, 2026 and June 2, 2026 Orders, which included a requirement for Plaintiff's counsel to produce copies of his communications with the providers and provide Defendants with copies of the executed authorizations. During this time frame, after Plaintiff refused to produce for deposition a provider (Jessica Mofield) who was initially identified as someone who would give expert testimony about her diagnosis of Plaintiff, BBW attempted to subpoena Ms. Mofield only to discover that the address listed on her letterhead was a storage locker. Multiple attempts to subpoena Ms. Mofield at her home were unsuccessful.

On June 15, 2026, BBW moved to preclude testimony relating to treatment by the specific providers (including Mofield) and for sanctions under Rule 37(b)(2)(A). (Dkt. 44). After Plaintiff failed to appear for a properly noticed independent medical examination ("IME"), BBW amended its sanctions request on June 29, 2026. (Dkt. 46).

Plaintiffs did not respond to any of the motions and did not appear at the July 9, 2026 hearing. (Dkt. 48). The Court granted Dkt. 43, 44 and 46, precluded records or testimony from the

providers, granted an adverse inference sanction, and held that Defendants are entitled to reimbursement of costs or fees incurred as a result of the missed IME, and awarded Defendants "reasonable expenses associated with bringing the above motions." *Id.*

Plaintiffs then moved for reconsideration of the July 9 Order (Dkt. 49) and also for an extension of discovery (Dkt. 52). Plaintiffs sought the opportunity to re-open discovery, in part, to re-depose both corporate defendants after Plaintiffs' counsel inexplicably failed to appear and participate in either deposition, despite having noticed each deposition and negotiated the scope, date and time of each. Defendants opposed Plaintiffs' motions. A hearing was held on July 21, 2026, during which Plaintiffs asked for and were granted the opportunity to submit additional briefing to the Court. After another round of briefing, the Court held another hearing on August 6, 2026, during which the Court denied reconsideration of the preclusion and adverse inference order (without prejudice), granted a limited (45 day) discovery extension, during which Plaintiffs were to "diligently" remedy all prior discovery violations. The Court further ordered Plaintiffs "to pay reasonable costs and fees incurred by Defendants as a direct result of Plaintiffs' discovery violations including, but not limited to: both missed corporate depositions, Plaintiff's missed IME, and all motion practice Defendants were forced to engage in as a result of Plaintiffs' non-compliance." (Dkt. 64). The Court further conditioned any renewed motion for reconsideration on Plaintiffs paying "all of the defense costs the Court has awarded." *Id.*

<u>Legal Standard</u>

Where a party fails to obey a discovery order, "the court must order the disobedient party, the attorney advising that party, or both to pay the reasonable expenses, including attorney's fees, caused by the failure, unless the failure was substantially justified or other circumstances make an award of expenses unjust." Fed. R. Civ. P. 37(b)(2)(C); see also Fed. R. Civ. P. 37(a)(5)(A). The Court has already determined, twice, that an award is warranted; the only question is amount. Courts in this Circuit calculate a "presumptively reasonable fee" by multiplying a reasonable hourly rate by the hours reasonably expended. *Arbor Hill Concerned Citizens Neighborhood Ass'n v. County of Albany*, 522 F.3d 182, 190 (2d Cir. 2008); *Millea v. Metro-North R.R. Co.*, 658 F.3d 154, 166 (2d Cir. 2011); *Rubin v. HSBC Bank USA, NA. Equifax Info. Servs. LLC*, 763 F. Supp. 3d 233, 244 (E.D.N.Y. 2025) (establishing the forum rates in the Eastern District to be $450-$650 for partners, $300-$450 for senior associates, $150-$300 for junior associates, and $100-$150 for paralegals for 2025-2030).

<u>The Requested Hours Are Reasonable</u>

<u>**Exhibit A**</u> organizes the compensable time into seven categories, each tied to the Court's orders:

> **Category A (6.2 hours, $1,759.00).** Discovery deficiency letters and the pre-motion conferral regarding the authorizations required by Your Honor's Individual Rules for the

motions granted on July 9 (Dkt. 48) and "motion practice Defendants were forced to engage in" (Dkt. 64).

**Category B (15.4 hours, $4,429.50).** Drafting and finalizing the motion to compel authorizations and the motion to preclude and for sanctions, and the related letter to the Court on outstanding discovery in advance of the June 2, 2026 hearing (Dkt. 48, 64).

**Category C (0.5 hours, $175.00).** Addressing Plaintiff's failure to appear for the IME, which the Court expressly made compensable (Dkt. 48, 64).

**Category D (0.9 hours, $315.00).** Preparing for and appearing at the July 9, 2026 hearing (Dkt. 48, 64).

**Category E (3.4 hours, $664.50).** Subpoenaing and attempting to serve Plaintiff's therapist, Ms. Mofield, which BBW was required to do because Plaintiff withheld the authorizations that would have allowed BBW to obtain her records directly (Dkt. 64: costs incurred "as a direct result of Plaintiffs' discovery violations including but not limited to" the enumerated items).

**Category F (39.6 hours, $10,991.00).** Opposing Plaintiffs' motions for reconsideration and to extend discovery, including the July 21, 2026 and August 6, 2026 hearings, motion practice that exists solely because of Plaintiffs' non-compliance, and which resulted in the denial of reconsideration and only a partial extension (Dkt. 64).

**Category G (39.6 hours, $10,991.00).** Preparing for and defending the 30(b)(6) deposition of BBW's corporate representative on May 8, 2026, which Plaintiff failed to attend without any notice. Due to Plaintiff's failure to attend the deposition, they issued subsequent notice of deposition for which BBW's corporate representative needed to be prepared and produced again. Similarly, preparing for and taking the deposition of defendant Premier's corporate representative on May 13, 2026, which Plaintiff also failed to attend without any notice.

**Category H (6.0 hours, $2,100.00).** Preparing BBW's corporate representative for a deposition that Plaintiffs' counsel cancelled at the last minute on August 27, 2026 (Dkt. 64). As a result of this last minute cancelation, BBW was forced to identify and prepare a new 30(b)(6) witness because the originally identified witness was no longer available to appear for deposition on any date prior to the expiration of the existing Court Order.

The work was staffed efficiently: an associate prepared the drafts, the partner reviewed and revised them and argued all motions, and a paralegal handled routine correspondence, process-server coordination and docket research.

<u>The Requested Costs Are Reasonable</u>

BBW seeks $312.00 in process-server fees paid to DGR Legal for its two attempts to serve Ms. Mofield, which were made necessary by Plaintiff's failure to provide authorizations and refusal to produce her voluntarily. *See* **<u>Exhibit B</u>**. BBW also seeks $1,318.50 in preparation and travel costs and associated with the 30(b)(6) deposition of BBW's corporate representative taken on May 8, 2026 that Plaintiff failed to attend and for which BBW was required to produce its corporate representative again in August, 2026. *Id.* BBW further seeks $12.10 for the transcript of the August 6, 2026 hearing on Plaintiffs' motions, for a total of $1,642.60 in costs. *Id.*

<u>The Requested Rates Are Reasonable</u>

As set forth in the attached certification, BBW seeks the rates actually charged to and paid by its client in this matter. The rates are within rates approved in this district for professionals of comparable experience. *Rubin*, 763 F. Supp. 3d at 244.

<u>Conclusion</u>

For these reasons, BBW respectfully requests that the Court award BBW $33,668.10 (representing $32,025.50 in attorney's fees and $1,642.60 in costs) pursuant to the July 9, 2026 and August 6, 2026 Orders and Rule 37, payable by Plaintiffs within thirty days, and grant such further relief as the Court deems just. We thank the Court for its attention to this matter.

Respectfully submitted,

David S. Osterman

DSO:cao
Encl.
cc: All Counsel of Record

# EXHIBIT A

## Time Entries Supporting BBW's Fee Application

| Date | Timekeeper | Narrative (as recorded) | Hrs | Rate | Amount |
|---|---|---|---|---|---|
| **Category A: Discovery deficiency letters and required pre-motion conferral** | | | | | |
| 3/11/2026 | Nicholas L. Hansen | Draft letter to plaintiff's counsel regarding discovery deficiencies | 1.7 | $265.00 | $450.50 |
| 3/12/2026 | David S. Osterman | Review, revise and edit draft discovery deficiency letter. Review plaintiff's discovery responses to interrogatories, requests for production of documents and admissions in connection with same. | 0.8 | $350.00 | $280.00 |
| 3/12/2026 | Nicholas L. Hansen | Draft letter to plaintiff's counsel regarding discovery deficiencies | 2.1 | $265.00 | $556.50 |
| 3/16/2026 | Nicholas L. Hansen | Finalize discovery deficiency letter | 0.5 | $265.00 | $132.50 |
| 3/23/2026 | Nicholas L. Hansen | Strategize timing of motion to compel discovery regarding deficiency letter | 0.3 | $265.00 | $79.50 |
| 3/23/2026 | David S. Osterman | Draft communication to plaintiff counsel concerning pending discovery disputes, as required by Magistrate's individual rules, and solicit feedback from client about same. | 0.7 | $350.00 | $245.00 |
| 3/30/2026 | Anna Ashley | Draft and send follow up correspondence to plaintiffs' counsel requesting signature of plaintiff Renita Francois on the authorizations to obtain her medical, employment and financial records (previously sent on 2/26/26 on 3/16/26) | 0.1 | $150.00 | $15.00 |
| | | **Subtotal** | **6.2** | | **$1,759.00** |
| **Category B: Preparation of the motions to compel and preclude (Dkt. 43, 44) and related letter to the Court** | | | | | |
| 5/18/2026 | Nicholas L. Hansen | Draft letter motion compelling authorizations of Plaintiff's medical records | 1.4 | $265.00 | $371.00 |
| 5/18/2026 | David S. Osterman | Review, revise and edit draft motion to compel discovery. | 0.6 | $350.00 | $210.00 |
| 5/19/2026 | Nicholas L. Hansen | Finalize motion to compel authorizations for filing | 0.4 | $265.00 | $106.00 |
| 5/28/2026 | Nicholas L. Hansen | Draft letter to court regarding outstanding discovery and other issues in case in advance of June 2 hearing on BBW's motion for protective order | 3.2 | $265.00 | $848.00 |
| 5/29/2026 | David S. Osterman | Review, revise and edit draft letter to court about outstanding discovery issues. | 0.6 | $350.00 | $210.00 |

| Date | Timekeeper | Narrative (as recorded) | Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 6/3/2026 | David S. Osterman | Email exchange with process server Anthony Mboho in effort to get a usable affidavit of service needed for motion to preclude expert | 0.3 | $350.00 | $105.00 |
| 6/9/2026 | Nicholas L. Hansen | Draft motion for discovery sanctions precluding testimony of Plaintiff's treating therapist | 0.3 | $265.00 | $79.50 |
| 6/10/2026 | Nicholas L. Hansen | Draft motion for discovery sanctions precluding the testimony of Plaintiff's treating physicians and therapists | 5.4 | $265.00 | $1,431.00 |
| 6/11/2026 | Nicholas L. Hansen | Revise motion for discovery sanctions precluding testimony of treating physicians and therapist | 0.6 | $265.00 | $159.00 |
| 6/15/2026 | David S. Osterman | Review, revise and edit draft motion to compel medical authorizations and to preclude expert testimony by plaintiff and email summary update to client team. | 2.6 | $350.00 | $910.00 |
| | | **Subtotal** | **15.4** | | **$4,429.50** |
| **Category C: Plaintiff's failure to appear for the IME (Dkt. 46)** | | | | | |
| 6/23/2026 | David S. Osterman | Receipt and review of email from Premier counsel (Kamer) about missed IME and then email update to client group about same. | 0.4 | $350.00 | $140.00 |
| 6/26/2026 | David S. Osterman | Receipt and review of brief submitted by Premier addressing plaintiff's failure to appear for IME. | 0.1 | $350.00 | $35.00 |
| | | **Subtotal** | **0.5** | | **$175.00** |
| **Category D: July 9, 2026 motion hearing** | | | | | |
| 7/9/2026 | David S. Osterman | Prepare for and participate in oral argument of defendant's motion for sanctions. Appear before Judge Tischione for oral argument. Remote appearance, No travel involved. | 0.9 | $350.00 | $315.00 |
| | | **Subtotal** | **0.9** | | **$315.00** |
| **Category E: Subpoena of Plaintiff's therapist made necessary by Plaintiff's withheld authorizations** | | | | | |
| 5/14/2026 | Anna Ashley | Conduct a Lexis research to verify address of Jessica Mofield (plaintiff's alleged therapist) for the purpose of service of subpoena to testify | 0.2 | $150.00 | $30.00 |
| 5/14/2026 | Nicholas L. Hansen | Draft notice of deposition of Plaintiff's therapist Jessica Mofield | 0.3 | $265.00 | $79.50 |
| 5/20/2026 | David S. Osterman | Draft subpoena for plaintiff's treating psychologist, Jennifer Mofield, including record request and then letter to plaintiff counsel about same. | 0.4 | $350.00 | $140.00 |
| 5/20/2026 | Anna Ashley | Draft Notice of Subpoena to Testify to be sent to plaintiff's counsel and counsel for defendant Premier re: subpoena for Jessica Mofield, plaintiff's therapist | 0.3 | $150.00 | $45.00 |
| 5/20/2026 | Anna Ashley | Draft correspondence to Jessica Mofield, plaintiff's therapist, to be served with Subpoena to Testify | 0.3 | $150.00 | $45.00 |

| Date | Timekeeper | Narrative (as recorded) | Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 5/20/2026 | Anna Ashley | Draft and send correspondence to DGR re: enclosed subpoena and cover letter to be served on Jessica Mofield, therapist of plaintiff Renita Francois | 0.1 | $150.00 | $15.00 |
| 5/20/2026 | Anna Ashley | Draft and send correspondence to plaintiff's counsel and counsel for Premier Candle Corp. re: enclosed Notice of Subpoena to Testify for Jessica Mofield, therapist of plaintiff Renita Francois | 0.1 | $150.00 | $15.00 |
| 5/21/2026 | Anna Ashley | Revise correspondence to Jessica Mofield, plaintiff's therapist, to be served on her with of Subpoena to Testify, per defense counsel's instructions | 0.1 | $150.00 | $15.00 |
| 5/21/2026 | Anna Ashley | Draft and send correspondence to DGR re: enclosed revised subpoena and cover letter to be served on Jessica Mofield, therapist of plaintiff Renita Francois | 0.1 | $150.00 | $15.00 |
| 5/21/2026 | Anna Ashley | Draft Amended Notice of Subpoena to Testify to be served on plaintiff Renita Francois's therapist, J. Mofield | 0.1 | $150.00 | $15.00 |
| 5/21/2026 | Anna Ashley | Draft Addendum (providing detailed description of documents to be provided by Ms. Mofield at the time of her deposition) to Subpoena to Testify for service on Jessica Mofield (plaintiff's therapist) | 0.3 | $150.00 | $45.00 |
| 5/27/2026 | Anna Ashley | Draft and send correspondence to DGR, process server, with inquiry regarding status of service of subpoena to testify on plaintiff's therapist, J. Mofield | 0.1 | $150.00 | $15.00 |
| 6/1/2026 | Anna Ashley | Draft and send follow up correspondence to DGR, process server, with inquiry regarding status of service of subpoena to testify on plaintiff's therapist, J. Mofield | 0.1 | $150.00 | $15.00 |
| 6/3/2026 | Anna Ashley | Draft and send follow up correspondence to DGR, process server, requesting affidavit regarding their effort to serve subpoena to testify on plaintiff's therapist, J. Mofield | 0.1 | $150.00 | $15.00 |
| 6/3/2026 | Anna Ashley | Confer via telephone with representative of DGR, process server, requesting information regarding status of DGR's service subpoena to testify on plaintiff's therapist, J. Mofield | 0.1 | $150.00 | $15.00 |
| 6/8/2026 | Anna Ashley | Review 6/5/26 correspondence from DGR Legal (process server) and enclosed affidavit of non-service | 0.1 | $150.00 | $15.00 |
| 6/11/2026 | Anna Ashley | Confer via telephone with Cyan Bourdon, representative of DGR Legal (process server), regarding request for information regarding DGR's attempts to serve subpoena to testify on plaintiff's alleged therapist, Jessica Mofield at new location | 0.1 | $150.00 | $15.00 |

| Date | Timekeeper | Narrative (as recorded) | Hrs | Rate | Amount |
|---|---|---|---|---|---|
| | | (description of neighborhood and building in which the practice is allegedly located) | | | |
| 6/11/2026 | David S. Osterman | Multiple emails to and from process server concerning efforts to serve treating therapist, Mofield. | 0.2 | $350.00 | $70.00 |
| 6/15/2026 | Anna Ashley | Review 6/12/26 correspondence from DGR Legal re: status of attempt to serve plaintiff's alleged therapist at a new address | 0.1 | $150.00 | $15.00 |
| 6/16/2026 | Anna Ashley | Review 6/16/26 correspondence from DGR Legal and enclosed affidavit of non-service on J. Mofield's office address | 0.1 | $150.00 | $15.00 |
| 6/18/2026 | Anna Ashley | Draft and send correspondence to all counsel re: deposition of plaintiff's alleged therapist, Jessica Mofield, not going forward due to our unsuccessful efforts to serve her with subpoena and her refusal to  cooperate and appear voluntarily | 0.1 | $150.00 | $15.00 |
| | | **Subtotal** | **3.4** | | **$664.50** |
| **Category F: Opposition to Plaintiff's motions for reconsideration (Dkt. 49) and extension of discovery (Dkt. 52), including the July 21 and August 6, 2026 hearings** | | | | | |
| 7/10/2026 | David S. Osterman | Draft letter to court opposing plaintiff's motion for reconsideration. multiple communications with counsel about same. | 1.4 | $350.00 | $490.00 |
| 7/15/2026 | David S. Osterman | Receipt and review of two new motions filed by plaintiff, to reconsider recent sanctions order, and to extend discovery. | 0.9 | $350.00 | $315.00 |
| 7/15/2026 | Nicholas L. Hansen | Analyze plaintiff's motion to reopen and extend discovery | 1.6 | $265.00 | $424.00 |
| 7/17/2026 | Nicholas L. Hansen | Draft opposition to plaintiff's motion to reopen and extend discovery | 4.4 | $265.00 | $1,166.00 |
| 7/21/2026 | David S. Osterman | Prepare for and participate in oral argument of plaintiff's motions for reconsideration and motion to extend discovery before Judge Tischione. No travel required. | 2.0 | $350.00 | $700.00 |
| 7/21/2026 | David S. Osterman | Preparing for upcoming oral argument of pending motions. | 0.8 | $350.00 | $280.00 |
| 7/28/2026 | David S. Osterman | Receipt and review of plaintiff's submission under seal and communicate with client about same. | 0.8 | $350.00 | $280.00 |
| 7/29/2026 | Nicholas L. Hansen | Draft letter to court requesting additional time to respond to plaintiffs supplemental motion | 0.6 | $265.00 | $159.00 |
| 7/29/2026 | Nicholas L. Hansen | Analyze and investigate claims in supplemental memo in support of plaintiffs' motion to extend discovery | 3.1 | $265.00 | $821.50 |

| Date | Timekeeper | Narrative (as recorded) | Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 7/29/2026 | David S. Osterman | Begin drafting outline of opposition to plaintiff's motion including call with client, Mark Meadows, to discuss details of same. | 1.2 | $350.00 | $420.00 |
| 7/30/2026 | Anna Ashley | Assist defense counsel to prepare Opposition to Plaintiffs' Supplemental Memorandum to Motion for Extension Time to Complete Discovery by reviewing court dockets and documents filed in the matters filed in New Jersey U.S District Court by plaintiffs' attorney Tyrone Blackburn (Kertesz v. Colony, Brathwaite v. Talavera, Gardner v. Combs) to create timeline of his activities (filings and appearances) and identify evidence of missed and late filings and appearances, create a summary and obtain relevant filings from the court dockets | 2.5 | $150.00 | $375.00 |
| 7/30/2026 | Anna Ashley | Continue assist defense counsel to prepare Opposition to Plaintiffs' Supplemental Memorandum to Motion for Extension Time to Complete Discovery by reviewing court dockets and documents filed in the matters filed in New Jersey U.S District Court by plaintiffs' attorney Tyrone Blackburn (Roque v. Venetian Care and Rehabilitation Center, Fred and American Honda Motor Co., Hildebrand, et al. v. Sipardigm, Yewaisis v. Union County Savings Bank) to create timeline of his activities (filings and appearances) and identify evidence of missed and late filings and appearances, create a summary and obtain relevant filings from the court dockets | 1.5 | $150.00 | $225.00 |
| 7/30/2026 | David S. Osterman | Upon receipt and review of attorney Blackburn's under seal submission, communicate thoughts to client about reply to same. Phone call with Premier's counsel, Kamer, to coordinate strategy. | 0.9 | $350.00 | $315.00 |
| 7/30/2026 | Nicholas L. Hansen | Draft memorandum compiling history of Tyrone Blackburn's litigation activity during his period of alleged incapacitation | 6.8 | $265.00 | $1,802.00 |
| 8/3/2026 | Nicholas L. Hansen | Revise opposition to Tyrone Blackburn's supplemental memo in support of emergency motion to extend discovery | 3.7 | $265.00 | $980.50 |
| 8/4/2026 | Nicholas L. Hansen | Revise and finalize reply to supplemental memo opposing motion to extend discovery for filing | 2.0 | $265.00 | $530.00 |
| 8/4/2026 | David S. Osterman | Review, revise and edit opposition brief to plaintiff's motion for reconsideration. | 1.5 | $350.00 | $525.00 |
| 8/6/2026 | Anna Ashley | Assist defense counsel to prepare further Response to Plaintiffs' Supplemental Memorandum to Motion for Extension Time to Complete Discovery by reviewing court dockets and documents filed in July 2026 and June 2026 in the matters filed in New Jersey U.S District Court by plaintiffs' attorney Tyrone Blackburn (Kertesz v. Colony, | 0.4 | $150.00 | $60.00 |

| Date | Timekeeper | Narrative (as recorded) | Hrs | Rate | Amount |
|---|---|---|---|---|---|
| | | Brathwaite v. Talavera, Gardner v. Combs) to identify a court filing in which Blackburn made excuses about missing a deadline because he was filing two complaints that were up against the statute of limitations) | | | |
| 8/6/2026 | David S. Osterman | Participate in oral argument of plaintiff's motion for reconsideration. Start 10:20 am End 11:18 pm. | 1.0 | $350.00 | $350.00 |
| 8/6/2026 | David S. Osterman | Preparation for oral argument of plaintiff's motion for reconsideration. | 1.3 | $350.00 | $455.00 |
| 8/6/2026 | Nicholas L. Hansen | Perform research into Tyrone Blackburn's litigation activities regarding supplemental letter in advance of hearing on Tyrone Blackburn's supplemental memo regarding emergency motion to extend discovery | 1.2 | $265.00 | $318.00 |
| | | **Subtotal** | **39.6** | | **$10,991.00** |
| **Category G: Missed corporate depositions (Dkt. 64)** | | | | | |
| 4/30/2026 | Nicholas L. Hansen | Draft deposition outline for Steve Smith | 6.1 | $265.00 | $1,616.50 |
| 5/1/2026 | Nicholas L. Hansen | Draft and finalize deposition prep outline for Steve Smith | 6.8 | $265.00 | $1,802.00 |
| 5/1/2026 | Anna Ashley | Assist defense counsel to prepare to plaintiff's counsel's deposition of BBW's corporate representative, S. Smith, by identifying and providing counsel with documents to be reviewed during preparation session | 0.6 | $150.00 | $90.00 |
| 5/5/2026 | David S. Osterman | Call from Cam Kamer (Premier) about discovery issue involving overdue authorizations and upcoming deposition of client. | 0.3 | $350.00 | $105.00 |
| 5/6/2026 | David S. Osterman | Call from Mark Meadows about emissions issue and then email to client, SS, about same as it pertains to his deposition preparation. | 0.4 | $350.00 | $140.00 |
| 5/7/2026 | David S. Osterman | Meet with Steve Smith at BBW HQ in preparation for his upcoming deposition. | 3.6 | $350.00 | $1,260.00 |
| 5/7/2026 | David S. Osterman | Travel to Columbus for Steve Smith deposition. | 5.5 | $350.00 | $1,925.00 |
| 5/8/2026 | David S. Osterman | Defend deposition of BBW corporate representative, Steve Smith, in Columbus. | 1.6 | $350.00 | $560.00 |
| 5/8/2026 | David S. Osterman | Return travel from Columbus to Princeton. | 5.5 | $350.00 | $1,925.00 |
| 5/12/2026 | Nicholas L. Hansen | Prepare for 30(b)(6) deposition of Premier Candle | 4.5 | $265.00 | $1,192.50 |
| 5/12/2026 | David S. Osterman | Prepare for upcoming deposition of Premier by preparing outline of questions. | 1.5 | $350.00 | $525.00 |

| Date | Timekeeper | Narrative (as recorded) | Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 5/13/2026 | Nicholas L. Hansen | Lead 30(b)(6) deposition of co-defendant Premier Candle | 1.7 | $265.00 | $450.50 |
| | | **Subtotal** | **38.1** | | **$11,591.50** |
| **Category H: Plaintiffs' last-minute cancellation of the August 27, 2026 corporate deposition** | | | | | |
| 8/26/2026 | David S. Osterman | Prepare for Steve Smith deposition by reviewing, revising and editing prep memo and then participating in call with Mr. Smith and local counsel. | 5.2 | $350.00 | $1,820.00 |
| 8/27/2026 | David S. Osterman | Multiple communications with client (SS and MM) about plaintiff's sudden cancelation of deposition at last minute and strategy for responding to same. | 0.6 | $350.00 | $210.00 |
| 8/27/2026 | David S. Osterman | Multiple email communications adversary, RD, about his request to adjourn deposition. | 0.2 | $350.00 | $70.00 |
| | | **Subtotal** | **6.0** | | **$2,100.00** |
| | | **TOTAL FEES REQUESTED** | **110.1** | | **$32,025.50** |

## EXHIBIT B

## Costs Supporting BBW's Fee Application

| Date | Description (as recorded) | Amount |
|---|---|---|
| **Subpoena of Plaintiff's therapist** | | |
| 6/16/2026 | DGR - Process Server Fee for In-Person Service on Jessica Mofield, MA. LMHC, NCC More Healing and Wellness served on 06/12/26 | $155.00 |
| 6/17/2026 | DGR - Process Server Fee for In-Person Service on Jessica Mofield, MA, LMHC, NCC, More Healing and Wellness served on 6/5/26 | $157.00 |
| **Missed corporate depositions (Dkt. 64)** | | |
| 5/1/2026 | FedEx Tracking #871317647584 sent on 5/1/26 to Steve Smith received on 5/2/26 | $57.45 |
| 5/7/2026 | American Airlines - Airfare for David Osterman | $923.80 |
| 5/7/2026 | Uber - Ride for David Osterman | $43.63 |
| 5/7/2026 | Columbus Renaissance Hotel - Hotel for David Osterman | $234.82 |
| 5/7/2026 | Latitude/Columbus Renaissance Hotel - Meal - Breakfast for David Osterman with client, S.Smith | $28.84 |
| 5/8/2026 | Uber - Ride for David Osterman | $29.96 |
| **Opposition to Plaintiffs' motions (Dkt. 49, 52)** | | |
| 8/17/2026 | Writer's Cramp Inc - Trial Transcript - Hearing transcript | $12.10 |
| | **TOTAL COSTS REQUESTED** | **$1,642.60** |