# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

---

Renita Francois and McEvans Francois,

Plaintiff(s),

v.

Bath & Body Works, LLC, The Premier Candle Corporation, ABC Corporation 1-10 and John and Jane Does 1-10,

Defendant(s).

Case No. 2:25-cv-03725

---

**DECLARATION OF RODNEY S. DIGGS IN SUPPORT OF MOTION FOR RECONSIDERATION OF THE COURT'S ORDER (DKT. 48) PRECLUDING TESTIMONY AND EVIDENCE PURSUANT TO FED. R. CIV. P. 60(b) AND THE COURT'S AUGUST 6, 2026 ORDER (DKT. 64)**

Rodney S. Diggs declares as follows pursuant to 28 U.S.C. § 1746:

1. I am an attorney licensed to practice in all of the Courts in the State of California and before the United States District Court for the Central District of California and the State of California. I am under pro hac vice for this matter. I am a Director at the law firm Ivie McNeill Wyatt Purcell & Diggs. I have personal knowledge of the facts attested to herein and, if called upon, can and will competently testify thereto at trial.

2. On August 6, 2026, I attended the hearing on Defendants' Motions to Compel discovery. At the hearing, Tyrone Blackburn, local Counsel primarily handling the matter, withdrew.

3. The Court ordered that Plaintiffs comply with the discovery orders and that sanctions be paid to Defense for the cost of the discovery motions and missed depositions. I also represented that my office would be handling all aspects of the case moving forward.

4. My office amended Plaintiffs discovery responses and sent additional documents, satisfying the requests from Defense.

5. The only outstanding item is the sanctions ordered by the Court for Mr. Blackburn to pay. This figure is currently in dispute and will be the subject of a forthcoming motion. Plaintiff nor my office have control over the discovery sanctions and ask that

the Court still consider and grant the Motion to Reconsider since Plaintiffs have substantially complied with the Court order.

*/s/ Rodney S. Diggs*

Rodney S. Diggs, Declarant